# PIRATES
## OF THE
# CARIBBEAN

Sail With The Wildest Crew That Ever Sacked The Spanish Main

ezequiel martinez, jr

a. lee Alfred II





Alfred, Martinez, Tova

EXHIBIT - 1



# PIRATES OF THE CARIBBEAN

ezequiel martinez, jr

a. lee Alfred II

august 7 2000

*So ye seek the treasure of*
*Davey Jones?*

OVER BLACK WE HEAR

Thunderous collisions of OCEAN WAVES bashing against
creaking planks of wood.

                          CAPTAIN JACK NEFARIOUS (O.S.)
                    Run up yer white flag, or ye go down with
                    the tide!

EXT. THE OCEAN--NIGHT

CANNON fire explodes! Smoke swallows the ocean air after
every piercing blast.

A PRIVATEER SHIP AND A PIRATE SHIP, side by side, engage in
a merciless battle at point-blank range.

The intensity of the battle is matched by a vehement OCEAN
STORM. LIGHTNING illuminates the sky in a violent display
of discharge.

Cannons blasting iron cannonballs at fierce velocities kick
back from the force of their devastating salvo.

THE PRIVATEER FLAG flaps viciously, as the ship rears up
against the Pirate ship.

PRIVATEERS, England's elite force of PIRATE HUNTERS, swing
from ropes, sacking the pirate ship.

Pirates jump onto ropes, ready to eviscerate the Privateers
in return. Rifles lock and load! But they are outmatched,
as hails of bullets crossfire and soon the pirates are
flung off their ropes blown apart in mid-air.

SMOKE CLEARS. The cannon's thunderous blasts cease.

An uneasy beat.

PRIVATEER FIRST MATE rushes over to

PRIVATEER CAPTAIN JACK NEFARIOUS

A distinguished naval officer and pirate hunter with a
savage instinct and sinister nature. You'd hesitate to call
him the good guy.

                              FIRST MATE
                    Captain, we have taken control of the ship.
                    The pirate Davey Jones is at our mercy.

Captain Jack's left eye twitches, then he smiles,
satisfied.

ON THE PIRATE SHIP

DAVEY JONES

Surrounded by Privateer soldiers and held at gunpoint. A
dashing young rogue, whose talents in piracy go
unsurpassed, he smiles cockily at the sight of the
approaching Captain Jack.

                              DAVEY
                         (amused)
                    Captain-Jack-Nefarious.

                         CAPTAIN JACK
                    Aye, Davey Jones. We meet again.

Davey smirks, then SPITS at Captain Jack's boots.

                              DAVEY
                    You'll never take me alive, Jack.

                         CAPTAIN JACK
                    That, matey, was never my intention.

Jack buries his fist into Davey's gut who buckles in pain.

Jack motions to his first mate.

                              FIRST MATE
                         (official)
                    For violation of all laws enforced by her
                    Majesty, you are hereby sentenced to death
                    by hanging, on all accounts of Piracy. Mercy
                    may be granted due to your past services as
                    a Privateer for England's Majesty…

                    CAPTAIN JACK
                    (interrupting)
          Mercy? Privateers turned Pirates deserve no
          mercy.

Captain Jack draws out his pistol, slowly and deliberately
aims between Davey's eyes-

                    CAPTAIN JACK
          Dead men tell no tales.

Davey's eyes shut tight…Captain Jack's finger squeezes the
trigger…halfway there…but

JACK'S PISTOL SUDDENLY SHIFTS AIM!

The first mate is blasted off the ship! The stunned
Privateers scramble to draw their guns, but are quickly
blown apart by pirates.

At the sight of their Captain's betrayal, the rest of the
men on the Privateer ship prepare to attack, frantically
loading their rifles and cannons.

                    DAVEY
          What about them?

Jack turns toward his ship, his pistol aiming toward a
group of BARRELS marked GUNPOWDER. He fires!

THE PRIVATEER SHIP IGNITES IN A SUDDEN EXPLOSION and is
launched out of the water, annihilated in a heap of fire
and ruins.

                    CAPTAIN JACK
                    (grinning)
          They go down with the tide.

                    DAVEY
                    (shaking his head)
          Once a pirate, always a pirate! Welcome back
          to the Caribbean, Captain!
                    (beat)
          Did you have to hit me that hard?

Captain Jack's face turns cold. He extends his arm out, palm outward.

No movement from Davey.

                    CAPTAIN JACK
          Where be yer half of the map?

                    DAVEY
          It's safe.

                    CAPTAIN JACK
          We had a deal, Jones.

                    DAVEY
          We do have a deal, Captain. But pirates of
          the Caribbean can't be trusted.  The map is
          on this ship, only I know where it is. Call
          it my life insurance.

                    CAPTAIN JACK
          Cross me, Jones, and the pay be with yer
          life. England still has a high price on yer
          head.

                    DAVEY
          You're forgetting that you have just
          betrayed England. Besides, your Majesty's
          payroll is KID stuff compared to what we're
          going to get. This treasure is worth many
          heads.
                 (beat)
          Now, Captain, let's get back to old times.
                 (to the crew)
          Raise the Jolly Roger! Hoist up the sails!

But Captain Jack cuts Davey off.

                    CAPTAIN JACK
          Your rank as a Privateer on me ship was that
          of a first mate. Like old times, you be ONLY
          a first mate. Step down, as yer Captain will
          now assume command of this vessel.

Conflict. They lock eyes.

                          CAPTAIN JACK
                      (sinisterly)
                  Perhaps you think otherwise?

                          DAVEY
                  Were it not for the other half of the map
                  being in your hands, I would. For now, the
                  ship is yours to command.

CAPTAIN JACK NEFARIOUS nods and immediately moves to take
control of the ship.

                          CAPTAIN JACK
                  Move, you bloomin' thugs!

A BLACK PIRATE FLAG is raised against attacking ocean
winds.

The enormous VESSEL, etched with years of battering ocean
waves, teeter-totters violently, struggling to stay afloat.

Lightning FLICKERS the sky.

INT. PIRATE CABIN

Davey rushes through the cabin. The silhouette of a lone
figure waits by the window. Davey quickly hands the figure
something.

                          DAVEY
                  Keep this well hidden. Our lives depend on
                  it. This deal is getting worse by the
                  second.

EXT. ON THE DECK

The storm aggressively pounds the ocean, sending an
onslaught of crashing waves onto deck of the ship! Pirates
struggle to hold on to something, anything!

CAPTAIN JACK

wraps himself around the HELM, desperately trying to regain
control on the crew who seem frozen in fright.

                    CAPTAIN JACK
          Make into yer positions! I'll feed you to
          the bloody pelicans myself!

                    PIRATE #1
          The ship's planks cannot bear the plunderin'
          of waves! She be a heap of skeleton ruins!
          Captain! Abandon ship!

Jack's eyes lock.

                    CAPTAIN JACK
          You want to abandon ship?? Abandon ship
          it'll be!

Jack pulls out his pistol and shoots the pirate, launching
him off the side of the ship.

                    CAPTAIN JACK
                 (wrathful)
          A shark's belly be yar new home.

In an instant, the waters settle, as if the sharks became
satisfied. The storm calms to a breeze.

A beat, then

Captain Jack releases the helm, drapes his long black hair
back and smoothly snaps his hat on. He then pulls out a
pistol and looks up with the upmost satisfied grin

                    CAPTAIN JACK
          That, me'earties, is sailing!

*BLAM!* He fires his pistol into the sky.

A hair splitting uproar is heard as the shipmates holler in
victory!

                    CAPTAIN JACK
                 Jones!

Davey rushes out from the below the deck.

Captain Jack pulls out a ROLL OF PAPER. IT IS HALF OF AN
OLD MAP.

                    CAPTAIN JACK
          This LOST CITY. Buried under water she be,
          aye?

                    DAVEY
          Lost within the Caribbean Coves, somewhere
          beneath the ocean.

CLOSE UP OF MAP

We see a dotted line across the Caribbean, passing small
islands and scattered pieces of land, until reaching a
PICTURE OF A SHIP BEING ATTACKED BY A SEA MONSTER, followed
by AN X.

                    CAPTAIN JACK
          I've sailed the seven seas, matey, seen
          things no man has lived to tell.
                    (re: sea monster)
          But that, young bloke, never have my eyes
          laid upon.

                    DAVEY
          It's folklore, an old seaman's tale. Our
          treasure, Captain, lies ahead.

Apprehensive, Jack's left eye winces.

                    CAPTAIN JACK
          That be my half. Now yers.

                    DAVEY
          I will reveal it when we need its guidance.

                    CAPTAIN JACK
                    (upset)
          My patience runs short with you.

Captain Jack raises his arm, and motions to the crew.

Swords unsheathe as the crew holds Davey at blade point.

                    JONES
                (fast)
        Think of the TREASURE. I bet the whole lost
        city is made of gold, aye?
                (beat)
        A new ship. A port named after you. I can
        see it now- The port of Nefarious! Where the
        women are cheap, and so is the rum!

                    CAPTAIN JACK
                (to the crew)
        Kill him.

                    DAVEY
        Jack. Don't be a fool! You need me! You'll
        never find the treasure without my half of
        the map!

                    CAPTAIN JACK
        The map is on this ship. It will be found.
        Farewell, Davey Jones.

        The crew closes in, swords thrusting forward.

                    JANE (O.S.)
                I have the map!

        JANE

        Young. Beautiful. Long red hair. Buccaneer clothes. Davey's
        love.

                    JANE
                (to Davey)
        Sail with the wildest crew that ever sacked
        the Spanish Main, huh?

                    DAVEY
        Thought I told you to stay hidden below.

                    JANE
        This isn't the first time I've had to step
        in to save your neck.
                (to Jack)
        Let him go or I'll rip the map to shreds.

Surprised at her beauty and appreciative of her cunnings,
Captain Jack seductively smiles.

                            CAPTAIN JACK
                    This wench is my kind of scum. Beautiful and
                    fearless.
                            (beat)
                    Kill her, too.

                            JANE
                    Wait!

Jane unfolds the map, thrusting it high above her head.

TIGHT ON

the MAP as it is illuminated by flashes of lightning-
ELABORATE INSTRUCTIONS and a dotted line that enters into a
picture of a COVE, THEN DISAPPEARS.

Jack smiles and moves toward the map when the ship suddenly
shifts, jerking to the side with brute force!

                            CAPTAIN JACK
                    Check the barge! See there be no corals
                    hittin' 'er!

Again! The ship is jolted, this time almost tilting it
over!

                            PIRATE #2
                    Captain! Something's in the water! The looks
                    be that of a whale!

The deck explodes, bursting open!

The entire crew fights the tremors of the ship, struggling
to balance themselves.

For a quick second, we see a HUGE TENTACLE submerging back
under the deck.

Jack rapidly unfolds his map. His eyes dart to the picture
OF THE SEA MONSTER!

                    CAPTAIN JACK
              That be no WHALE!

The ship is under ferocious attack, breaking, crunching,
SNAPPING! Planks of wood flick off the ship, shooting off
into all directions.

Davey seizes the opportunity.

                    DAVEY
              Jane! Toss me the map!

Jane flings the map over to Davey who catches it but
another hard strike tilts the ship violently and Jane is
flung off her feet and into Captain Jack who quickly traps
her in his arms.

A menacing smirk from Jack. The tables have been turned.

                    CAPTAIN JACK
                 (to Davey)
              The map for the girl!

A moment of hesitation as Davey's eyes bounce from the map
to Jane - seems he doesn't want to give up either of them!

THE SHIP'S DECK spits up geysers of water as it continually
FRACTURES apart!

                    JANE
              Davey! Do something!

                    CAPTAIN JACK
              You see, Jane, love never comes before a
              pirates treasure!

This hits home with Davey who tosses the map to Captain
Jack. Alas, to Jane, it seems he is doing so only
reluctantly.

                    DAVEY
              Now let her go!

                    CAPTAIN JACK
              As you wish!

Alfred, Martinez, Tova                                    Screenplay - 000017

Captain Jack pulls Jane off her feet and drops her off the side of the ship!

                         DAVEY
              JANE!

                    CAPTAIN JACK
                     (smiling)
              You said to let her go…

Davey rushes over to the side of the ship.

One last glance at Jack and Davey flings himself off the ship, DIVING INTO THE WATERS.

The BLACK PIRATE FLAG goes down as the support beam collapses!

Off balance, Captain Jack crashes into the deck, losing Davey's half of the map!

He stretches his arm out reaching for the map…No use, too far! He fingers the edge of the paper…almost got it!

SOMETHING R O A R S! Enormous TENTACLES lash out and coil around Captain Jack! In a sudden sweep, he is whipped away!

Another loud CRASH and the ENTIRE VESSEL is pulled under, swallowed by the ocean waters…never seeing the entire sea monster…

FLOATING IN THE OCEAN

DAVEY, a beat of hopelessness as he searches the tumbling waves.

He remains afloat, holding on to a wooden plank.

Captain Jack's black pirate hat wanders aimlessly through the misty waters as it floats by Davey Jones passing him by. Coming to a halt, it rests against a PIECE OF WOOD from the destroyed ship. Following the hat is DAVEY'S MAP.

Davey sighs in relief, but quickly his mood changes again. Stricken by loss, he glares at the wrecked ship.

                    DAVEY
                 (morosely)
          Jane.

ON THE WOOD

Engraved in gold plated letters: DEAD MEN TELL NO TALES.

                                        CUT TO:

EXT. SHIPPING PORT, SOMEWHERE IN THE CARIBBEAN--DAY

Pirates, fishermen and buccaneers of all sorts, unload
crates of cargo onto and out of various boats, ships and
vessels.

SUPER:   THE CARIBBEAN 1612--10 YEARS LATER

IN THE STREETS

A swarm of seagulls explode into the air as a rag-tag group
of kids scatter about the cobblestone streets.

HIDDEN BEHIND THE CORNER OF A BUILDING

JIMMY 'THE YOUNG'

(15), peaks out and grins. Draped in raggedy old pirate's
clothing and an oversized BLACK PIRATE HAT, he smirks.

JIMMY'S P.O.V

A group of pirates surround a podium. A sign above reads:
"TAKE A WENCH FER YER BRIDE"

                    JIMMY
          It's time to separate the men from the boys…
          Are you MEN ready?

Another head pops out from the corner, followed by another
and another.

CATFISH

(13), BUCKWHEAT comes to mind at first sight. His big 'Colgate' smile glows as he tugs at his '4 sizes too big' pants.

CLUMSY

(12) salutes Jimmy, accidentally knocking off his hat.

                    CLUMSY
          A-a-aye aye aye Ca Capn'!

He has a stuttering problem.

STINK

(11), round and plump, with a funny pudgy face, wipes his mouth clean, as he gulps down the last piece of whatever he was eating, then smiles, coyly.

SNOOZE

(10), barely awake, yawns and digs into his nose. He scratches his oversized, gold looping earring.

LITTLES

(7), Spanish, the youngest of the group, dons a large pirate hat adorned with skull and crossbones.

MEET THE RASCAL SCOUNDRELS.

The kids scuttle into the crowd.

LINED UP ON A STAGE is a group of WENCHES, all of them large and porky, except for a

WOMAN IN RED

ravishing, sultry with long red hair, irresistible to any man, except she is the only one who seems disinterested in the going ons. Yet, the more she shows disdain, the more she attracts attention. There is something about her…

IT IS AN AUCTION OF WENCHES. AN AUCTIONEER PIRATE WITH A
PEG LEG HOLLARS-

                    PEG LEG PIRATE
               (re: plump wench)
Weigh anchor now ye swabbies! What be
offered for this winsome wench!

                    PIRATE #1
Do ya sell her by the pound!

                    PEG LEG PIRATE
               (to plump wench)
Shift yer cargo dearie, show'em your
larboard side.

The pudgy wench twists, her eyes fluttering.

                    PIRATE #2
Aye, the redhead!

                    GROUP OF PIRATES
We wants the REDHEAD!

                    PEG LEG PIRATE
Does I hears a NINE for the wench in RED!

A drunk pirate waves his dollars high above his head.

                    DRUNK PIRATE
A nine for the perfect TEN!

Fists full of gold pieces thrust high above the crowd.

THE GROUP OF KIDS

all stare at the succulent woman in red, jaws dropped, eyes
gleaming with enthusiasm.

                    PEG LEG PIRATE
               (re: kids)
How bout' the young lads thar? Tired of
being boys, aye? Pirates with BIG rifles be
what wenches like, not boys with pea-
shooters!

The crowd breaks out in an uproar of laughter! The kids scramble away except for-

> JIMMY
> They call me Jimmy 'the young'. The DREADED Jimmy 'the young'.

> PEG LEG PIRATE
> Jimmy 'the young' aye? I've heard of you. Spreading terror among schoolgirls, have ya!

Once again, a burst of roaring laughter among the crowd.

THE GROUP OF FIVE KIDS

Secretly and quietly sneak around the back of the podium.

Distracted by Jimmy, the Peg Leg Pirate remains unaware of the kids sneaking up behind him.

STINK

attempts to unbuckle the Peg Leg's belt. On the belt, a pouch with all the gold earned from his business.

CATFISH nervously watches Stink perform.

> CATFISH
> (whispering)
> Screw dis up, and you're a dead man, Stinkert.

This makes Stink even more nervous.

BACK ON JIMMY

> JIMMY
> Right now, my men have you surrounded! We are the crew of the DREADED pirate, DAVEY JONES!

This cracks up the crowd even more! THE WOMAN IN RED seems surprised and glances at Jimmy. Unnoticed, she sneaks off the stage.

> PEG LEG PIRATE
> My wooden leg is splinterin' from fright!

PEG LEG

begins to sniff the air. His face wrinkles in disgust.
Strange. He searches around for the origin of the odor.

ON STINK

His face flushed red like a plump, juicy tomato.

                    STINK
                (whispering)
            I didn't mean to! It's hard to hold in
            intense situations!

                    CATFISH
            Next time you feel da urge to bust a
            personal fragrance, do a brutha a
            favor…DON'T.

Humiliated, but lacking the confidence to stand up to
Catfish, Stink just nods.

ON THE PEG LEG PIRATE

                    PEG LEG PIRATE
            Smells like day old cheese. Or rotten
            chicken eggs.

The Peg Leg follows his sniffing nose finally realizing the
smell is coming from behind him…

                    LITTLES
            Pull the belt, Stink!

Stink whips the belt off! Victory!

CLUMSY catches the pouch full of gold!

                    CLUMSY
            G-g-got it it!

PEG LEG'S PANTS DROP! Standing akimbo, he rushes to cover
himself!

                              JIMMY
                Remember the name! DAVEY JONES and the
                RASCAL SCOUNDRELS!

LITTLES TAKES THE BELT and whips the Peg Leg's buck-naked
behind

                              LITTLES
                    (whip!) Rascal!(whip!)Scoundrels!

The crowd of pirates cheer and laugh!

Tucked away in a corner, Snooze sleeps, unaware of the
events at hand.

                              CATFISH
                    Snooze! Get your lazy ass up!

At that instant, CLUMSY'S FOOT is caught between two stones
in the street. He trips and crashes face first into the
floor!

The Peg Leg's pouch opens, showering all the gold coins
onto the street!

The kids frantically scatter to retrieve the coins!

THE PEG LEG PIRATE

limping at racing speed, is close to catching up to the
kids one hand holding his falling pants, the other wildly
waving a sword.

                              JIMMY
                    Forget it! Let's go!

The kids race to pick up as many coins as possible, then
flee.

The Peg Leg's wooden peg suddenly snaps off! He hits the
ground.

                              PEG LEG
                    Blasted little seagull droppins'!

THE RASCAL SCOUNDRELS HAVE STRUCK AGAIN, escaping into the streets.

> JIMMY
> Count'em up, Catfish!

> CATFISH
> Thirteen plus the eight we've saved equals
> THIRTY EIGHT.

> JIMMY
> That should be enough, c'mon!

CUT TO:

INT. A CLOTHING STORE--SOON AFTER

CARLOS 'EL CAPITAN'

A Spaniard, dressed in tight, feminine purple leopard print pants, black boots with high heels and a face caked with white powder, notices the kids walk in.

He checks his complexion in the mirror, tests the bounce of his hair, twists, then smiles and prances over.

> EL CAPITAN
> (fruity)
> Hola! Hello, hello! Welcome to MILLARES
> OUTPOST. My name is Carlos Millares. I
> prefer you call me El Capitan, okeh? In
> English, dat means zee Captain, because
> here, I am in charge, okeh? Now. What can El
> Capitan do for you today?

Catfish swallows his laughter.

> JIMMY
> I'm Jimmy 'the young', and these are the
> Rascal Scoundrels. We need pirate clothes.

> EL CAPITAN
> Oooh…are you guys pirates? I thought they
> had a height limit on piracy? No?

The kids are insulted.

                         EL CAPITAN
                    (back-peddles)
               So let me show you what's hot right now.
               I got black, which is sooo last season, red,
               blue, very hot in Spain right now,
               leopaaaaard,
                    (smiles)
               pink in velvet. Orange. Uh! So ugly, nobody
               will buy it. Away with the orange.
                    (snapping his fingers)
               No. Sorry. Ba-bye!

A red shirt is pulled from the rack.

                         EL CAPITAN
               What do you think? Red is in!

                         STINK
                    (feeling the material)
               Who made it?

                         EL CAPITAN
               GUESS?

The kids shrug their shoulders. El Capitan shrugs back.

                         JIMMY
               How about something in black?

                         EL CAPITAN
               Ooooh. Real men wear black, huh?
                    (wishing)
               Real men. Que rico.
                    (beat)
               Okeh. So black it is.

                                              CUT TO:


AT A MIRROR--SOON AFTER

El Capitan twists and turns observing himself in the
mirror. He puckers his lips, and points to his reflection.

                         EL CAPITAN
               I'm too sexy for myself.

Clad in black pirate suits, shiny new boots and perfect
fitted hats, the gang confidently struts out.

                    EL CAPITAN
          Look at yoos! Aye mi amores! What a
          difference, huh? How do you like it? Be
          honest, nobody leaves my store unsatisfied.

Satisfied, the gang glances up and down at each other.

                    JIMMY
          We'll take 'em.

                    EL CAPITAN
          Okeh. You are in luck today. Usually it
          would be 30 gold coins, but for you,
          24. I'm giving you a preferred customer
          discount, okeh?

                    CATFISH
          Here you go. Thirty eight.

                                                CUT TO:


OUTSIDE THE STORE

We see the Rascals being pushed out of the store, back in
their old, torn up, dingy clothes.  El Capitan follows.

                    EL CAPITAN
          Thirteen plus eight is 21. If I give it to
          you that cheap, then everyone else is going
          to say, "but, Capitan, Capitan, you gave
          them a BIG discount, why not me?"
                    (snapping his fingers)
          No! Sorry. Ba-bye.

Disappointed, the gang turns to leave when-

                    EL CAPITAN
          Wait! Un momento por favor. Before you go,
          this is for you, my gordito.

El Capitan hands Stink a folded piece of material, might be
a shirt.

                         STINK
                      (surprised)
              For me?!

Stink unfolds the material, revealing it to be NEW
UNDERWEAR.

                         EL CAPITAN
                      (snapping his fingers)
              Okeh? Ba-bye.

                                              CUT TO:


IN THE STREET

crushed, the entire gang slouches as they lean against a
fractured wall.

                         CATFISH
              R. E. S. P. E. K. T.  Dat's what I'm talkin
              about. We got sugar coated Mr. Francisco in
              there tellin us we ain't got 'nough gold to
              buy clothes! What's that? A lack of respect.

                         JIMMY
              He's right. Pirates don't ask. They take.
              We're not beggars, we're choosers.

                         STINK
              Yeah! There's no honesty in tellin the
              truth.

                         CLUMSY
              Ye-yea-ye-yea-yea…

                         CATFISH
                      (disbelief)
              Dumb and dumber.

SIX DRUNK MIDGETS are stumbling out of a tavern, all decked
in black PIRATE CLOTHING.

Catfish leans over and whispers something into Jimmy's ear.
A grin slowly spreads across their faces.


Alfred, Martinez, Tova                          Screenplay - 000028

CATFISH
Stink? What'd you do with your old draws?

CUT TO:

AN ALLEYWAY

As the drunk Midgets stumble and sway by the dark alley,
STINK'S STAINED AND CRUSTY OLD UNDERWEAR is flung at the
them!

The midgets begin to scream in extreme horror, as they toss
the underwear back and forth.

At that instant, the midgets are attacked and yanked back
into the dark alley.

In the darkness, sounds of *GRUNTING*, *PUNCHING* and *KICKING*
suddenly come to a halt.

A beat, then

OUT WALK THE RASCAL SCOUNDRELS in their new clothes.

Catfish notices that Stink's pants are tight and short.

CATFISH
Damn Stinko, what you be wearin'? The pirate
summer set?

The kids laugh. They're checking each other out and feeling
good!

JIMMY
We're the Pirates of what?

RASCAL SCOUNDRELS
Pirates of the Caribbean!

They scurry off into the streets, laughing and screaming in
victory!

CUT TO:

EXT. DAVEY JONES'S DOCKED SHIP—-NIGHT

The ship creaks against the sway of the ocean waters.

INT. DAVEY JONES'S DOCKED SHIP--SAME

The Rascal Scoundrels sit in a conference, except for
Snooze who is sleeping in the corner. They take swigs from
a BOTTLE OF RUM.

                   CATFISH
            Twenty-one pounds and new pirates clothes.
            Not even da great Davey Jones had all dis
            when he was our age! At this rate, we'll be
            havin our own ship in no time.

                   JIMMY
            It's time we show our Captain we're worthy
            of being pirates.

                                  CUT TO:

INT. DAVEY'S CABIN

Asleep and drunk, Davey rolls over and BELCHES. Dirty.

The kids look ill from the odor of his breath.

Snooze walks in, makes himself comfy in the corner, and
drifts asleep.

                   JIMMY
            Hey Captain, wake up.

                   CATFISH
            The great Davey Jones, huh?
               (disappointed)
            That's some legend you've got there.

Jimmy nudges at Davey. No response. A harder jolt, followed
by another, rocks him fiercely but still nothing.

…Suddenly

>                    DAVEY
>                (sleep talking)
>          No! Jane…the map…

Davey babbles a little more, turns and reveals

A SMALL TREASURE CHEST TUCKED UNDER HIS ARM

Snooze suddenly wakes up.

>                    SNOOZE
>          I smell a treasure.

>                    CATFISH
>          All I be smellin is Stink.

>                    JIMMY
>          This is serious. A pirates treasure is no
>          laughing matter.
>                (beat)
>          Now let's see what's in that chest…

Their eyes gleam with excitement and anticipation.

>                    LITTLES
>          We can't steal from the Capn'!

>                    JIMMY
>          We're not stealing, just borrowing. Besides,
>          he won't find out. Look at him.
>                (beat)
>          Stink, grab the chest.

>                    STINK
>          'Stink, pull the belt'. 'Stink, grab the
>          chest'. It's always 'Stink, do this, do
>          that'!

Catfish gives him a look. Stink relents. He attempts to
take the chest when Davey suddenly moves again and traps
him in his arms.

>                    DAVEY
>                (in his sleep; puckering his lips)
>          Oh, Jane, kiss me…

Stink wiggles and squirms in disgust.

                    JIMMY
               Get the chest!

Stink rolls and snatches the chest!

                    STINK
               Help me!

The gang takes hold of Stink's legs and tug at him while
Davey tugs back. A battle!

                    DAVEY
                 (angry)
               Let her go, Jack!

                    CLUMSY
               Let him-im-go-g-go!

One final tug and success! They pull him off Davey.

At that instant, Davey pops up, half awake!

                    CATFISH
               Give'em da bottle!

Snooze reaches for a bottle of RUM, and hands it to Davey.
A drunken grin. A swig from the rum. And he passes out
again.

                                        CUT TO:


INT. WOMAN IN RED'S ROOM--SAME

The woman in red writes on a paper, folds it and then seals
it. It's some kind of message.

AT HER WINDOW

A PEG LEGGED PARROT taps on the sill with his wooden stump.
The woman in red ties the message to the birds peg and he
flies off.

Quickly she looks through a telescope and watches the
parrot fly off into

THE DISTANCE

toward a mysterious dark ship sailing along the horizon.
Creepy.

                                          CUT TO:


INT. DAVEY JONES'S SHIP, KIDS CABIN--SAME

Jimmy attempts to pop the treasure chest's lid open.
No luck.

                    CLUMSY
              Le-le-let-m-me try.

Clumsy grabs the chest and juggles it in his hands. It
falls and hits the ground, crashing wide open!

Curious, the kids try to get a closer look.

Jimmy sets it upright and opens it. Inside, only a couple
of coins and old sheets of paper. Disappointing.

Catfish picks up the gold coins and starts counting.

                         CATFISH
              Nine, ten, elevenhteen, twelveteen…
                    (beat)
              What kind of a treasure is this! Twelveteen
              coins! Dis guy is a couple of swabbies short
              of a crew.

Stink starts to rummage through the chest.

                         CATFISH
              Does anyone care to explain to me what makes
              dis guy so legendary?

                         SNOOZE
              No use in trying to figure it out now. Let's
              SLEEP on it.

Stink finds a roll of old paper hidden among the papers and
carefully spreads it open. We recognize it as DAVEY'S HALF
OF THE MAP with the dotted line entering a cove.

                    STINK
                (digging in the chest)
        Wow! He's got some cool stuff in here. A
        sock, broken sea shells, CHICKEN BONES!
        Bunches of paper and an old treasure map.

                    RASCAL SCOUNDRELS
        Map??

Jimmy snatches the map from Stink.

                    JIMMY
                (in awe)
        The treasure of Davey Jones. Do you guys
        know what this means! Davey WAS a great
        pirate! It's all true! The Caribbean Coves,
        the sunken city, how Davey fought bravely
        against…

A beat

                    RASCAL SCOUNDRELS
                (spooked)
        The-Phantom-Jack…

                    STINK
        THE PHANTOM JACK? Legend says that a big sea
        monster ate him and then spit him out…
                (spooky)
        Now his ghost sails the seas in his GHOST
        ship. Searching and sailing. Sailing and
        searching…

                    LITTLES
                (afraid)
        Searching for what?

                    STINK
        Uhhhh…I think that'mmmm…he's searching and
        he's a…uhhh…uh ghost who is sailing…
                (bingo!)
        He's in sail of his search!

Jimmy snatches the treasure chest from Stink.

                    JIMMY
          The only thing that matters is that legend
          says that he has the other half of Davey's
          map!

The door slams open. DAVEY JONES takes a swig of rum, then
wipes his lips.

Jimmy quickly hides the chest.

                    DAVEY
          There is no Phantom Jack. It's an old
          seaman's tale.

                    LITTLES
          Then who has the other half of your map?

                    DAVEY
          What map?

                    STINK
          The one you keep in your treasure chest?

Davey shoots daggers at the group.

                    DAVEY
          Give me THE MAP, now!

Catfish shoots Stink the *EVIL EYE*. But before Jimmy
releases the map, he digs into the chest and swaps the map
for a similar ROLL OF PAPER, weathered and old.

Unaware of the switch, Davey snatches the paper from
Jimmy's grasp.

                    DAVEY
          No more maps. No more treasures. And no more
          PHANTOM JACK. You're just a bunch of orphans
          who are lucky to have jobs on my ship. Don't
          forget that.

Littles starts to sob.

                    LITTLES
          I don't want to be an orphan anymore…

                         DAVEY
                    (feeling sorry)
          Quit yer cryin. Look, are you kids, or are
          you pirates?

                    KIDS ALL TOGETHER
          Pirates!

                         DAVEY
                    (firm)
          Well, PIRATES don't cry!

Like a guilty parent, Davey tries to sneak out as the kids
follow him ON DECK. Davey sees a case of RUM with missing
bottles.

                         DAVEY
          And they don't drink their Captain's RUM! I
          have a cargo of rum to deliver, and if you
          keep DRINKING IT, I won't have any left to
          sell!

                         CATFISH
          How you ever have 'nough of dat rum to sell,
          if YOU keep drinkin' allvit?

                         DAVEY
          Are you calling me a DRUNK?

                         CATFISH
          Are you?

Davey picks up a fresh bottle of rum from the case and
takes a swig.

                         DAVEY
          No!

                         CATFISH
          There ya go. First sign uf being a drunk-
          DENIAL.

Davey stares him down.

                              DAVEY
                          (acting tough)
                   We sail early in the morning. Got two more
                   shipments, one to Puerto Bello, another to
                   Nombre De Dios. Lock up and go to sleep.


Disappointed in their hero, the kids watch him leave with
the bottle in hand.

As Davey's figure disappears out of view, Jimmy takes out
the REAL MAP and waves it victoriously.

Quickly, the frowns are replaced with mischievous grins.

                                              CUT TO:


EXT. DOCKING PORT--SOON AFTER

The sky begins to rumble as dark clouds mysteriously shape-
shift. For a split second, there is an image of a SKULL AND
CROSSBONES, then it distorts, vanishing into the darkness.

A SHREDDED TOWERING SAIL looms high above as it cuts
through the ocean fog. The sound of CREAKING WOOD from the
vessel is spooky.

The HUGE GHOST-LIKE VESSEL creeps over the ocean waters,
docking at the bay.

The sound of CLANKING METAL as the anchor is dropped is
followed by a crashing SPLASH.

ON DAVEY'S SHIP

The kids are asleep except for

SNOOZE, who prowls the deck noticing the creepy ship
docking in.

                              SNOOZE
                        Please be a nightmare.

STREAKS OF LIGHTNING SPLATTER THE SKY, FOLLOWED BY THUNDER!

At that instant, A SKELETON WEARING RAGGED PIRATE'S
CLOTHING is seen steering the ship!


Alfred, Martinez, Tova                              Screenplay - 000037

                              SNOOZE
                            (spooked)
                    The GHOST WHO SAILS!

INT.  INSIDE THE BARGE--SAME

Doors open as Snooze rushes in.

                              SNOOZE
                    It's the PHANTOM JACK!

Baffled, the Scoundrel's heads pop out of their sleeping
cots.

                              SNOOZE
                    He's here!

                              JIMMY
                    The Phantom of the seas?

                              CLUMSY
                    Jack the undead?

Clumsy leans too far over the edge of the bed and plunges
into the floor.

                              SNOOZE
                    Yes! JACK THE PHANTOM NEFARIOUS!

                              CATFISH
                    You're sleepwalkin'! Do yo'self a favor.
                    Wake up and go to sleep!

                              JIMMY
                    You heard Davey. It's an old seaman's tale.

                              SNOOZE
                    It's no tale, and I wasn't dreaming.

                              JIMMY
                    Fine. We'll take a look. But if you woke us
                    up for another one of your stupid
                    nightmares…you're sleeping with Stink for a
                    week.

Stink smiles, then realizes it was an insult.

P.O.V. FROM THE DECK--NIGHT

From the Ghost Ship, a docking bridge is lowered toward the
pier.

Wide-eyed, the gang leans back against the cabin wall
frozen with fright.

                        SNOOZE
               See, I told you.

                        JIMMY
               Shhhhhhh.

Through the mist, the figure of a man with the PEG-LEGGED
PARROT resting on his shoulder, saunters down the bridge.
Eerie.

Leaning out to get a closer look, Clumsy accidentally
knocks over a lantern.

ON THE BRIDGE OF THE GHOST SHIP

THE FIGURE IN THE MIST pauses and looks up toward Davey's
ship. He sees nothing, continues down the bridge, but his
eyes betray his suspicion.

He continues his descent until he vanishes into the
darkness.

Out of nowhere, dozens upon dozens of others follow him. As
they march out, a creepy chant is heard…

                        MARCHING PIRATES
               Yo ho, yo ho, a phantom's life indeed
               We bury, abduct, we sin and slay, avast ye
               scurvys yo ho! We're banshees of fright and
               phantoms of night, avast ye scurvys yo ho…

The sound of the marching fades along with the chanting as
they leave the boat and continue on land.

ON DAVEY'S SHIP

DUCKING BEHIND A CRATE, the Rascal's hold their breath.
Only Jimmy glances over, his eyes brimming with excitement.

                          JIMMY
               If that's The Phantom Jack's ship, then that
               means the other half of the map is in THERE!

                                         CUT TO:

INT. TAVERN--SOON AFTER

Pirates drink, sing, chase wenches and pass out.

The WOMAN IN RED from the auction is flirting with a pirate
sitting at a table. She smiles seductively, slips her hand
into his coat and steals his pouch of gold coins.

The pirate leans in to kiss her but she backs away, waving
her finger at him-NAUGHTY BOY!

AT THE BAR

Depressed and alone, Davey finishes off a bottle.

Alongside him, TWO PIRATES sway unsteadily in a drunken
stooper, cheerfully singing the popular pirate song.

                       BOTH PIRATES
               Yo ho, yo ho, a pirates life for
                    (hiccup!)
               me! We extort and pilfer we filch and sack,
               DRINK UP ME'EARTIES YO HO! Maraud and
               embezzle and even hijack, drink up
                    (hiccup!)
               me'earties YO HO! HA-HA!

Gloomy, Davey stares at his bottle.

                          DAVEY
                    (under his breath)
               A pirates…life for me…

The two Pirates sing and laugh joyously, drunkenly enjoying
the moment. The morose Davey spoils their fun…

                       PIRATE #1
                    (to Davey)
               And who might the sights of you be, aye?
               Not the likes of a pirate be you, fer sure!

This hurts a little, but Davey recovers with a drunken smirk.

> PIRATE #2
> Perhaps he be a ghost...

> PIRATE #1
> (mocking)
> Maybe he thinks he be PHANTOM JACK!

DAVEY reacts.

> DAVEY
> (cautious)
> What do you know about Jack?

> PIRATE #1
> Bloody Privateers be after him.

> PIRATE #2
> Hunting down every buccaneer in the
> Caribbean - Phantom Jack's head be the
> highest reward. They say Jack's ghost not be
> resting 'till he finds that blasted Davey
> Jones and his treasure.

Davey takes a big swig of his rum as his eyes search the tavern suspiciously.

The woman in red suddenly appears beside Davey, her next victim. She seductively moves in for the steal, but he gently pushes her back.

> WOMAN
> That's a new one. I've never been turned
> away by a drunken bum.

Offended, Davey takes another swig.

> DAVEY
> Bum? I was once a distinguished pirate
> hunter for her Royal Majesty of England! The
> best there ever was.
> (hiccup!)
> Even a dashing, swashbuckling pirate...a
> talented thief...ahhh!

                    WOMAN
                (mock sincerity)
            Touching story…
                    (flirtatiously)
            but the 'problems' talk comes later and the
            night is young. You don't have a woman
            waiting for you, do you?

She tries to get in close once more, but is shoved off
again.

                    DAVEY
            Naw…the only thing waiting for me are five
            orphan kids, and a stinky sixth…

                    WOMAN
            Your life is about to take a turn for the
            better…at least for tonight…

The woman searches his eyes…he suddenly looks familiar to
her! He recognizes her as well…

                    DAVEY/JANE
            I thought you were dead!

Davey is suddenly surprised with a ferocious slap…

                    JANE
            You had that coming, Davey Jones! The map or
            the girl? There's a hard decision! And here
            you are, drunk in the Caribbean!

                    DAVEY
            Drunk? Why are you dressed like a harlot?

She is about to slap him again when she is startled by the
crash of a bottle! The pirate that Jane stole from, stands
up in rage flipping his table over!

                    PISSED PIRATE
            Me gold be stolen! I'll maim the villainous
            rat!

He grabs the pirate next to him and strikes him with a
drunken punch. The crowd goes wild in cheers at the brawl!

                        JANE
            We need to get out of here. *Let's go up to*
            *my room*.

                        DAVEY
            I don't know, Jane. How much is it going to
            cost?

*WHAM!* Davey is smacked again!

                                                CUT TO:


EXT. THE PHANTOM SHIP--NIGHT

Billowing sails sway with the wind as the rascals stand at
the threshold of the enormous ship. Nervously, they inch
forward up the bridge.

                        LITTLES
            I don't think this is a good idea. What if
            the Phantom Jack comes back and we're still
            in there?

                        JIMMY
            Hey. He won't catch us. Besides, if Davey
            won't go after the map and face Phantom,
            we'll have to do it for him. And when we
            bring Davey Jones back to his old self, we
            won't HAVE to fear the Phantom, and
            together, we'll sack the Spanish Main!


INT. THE PHANTOM SHIP--NIGHT

Crooked, splintery doorways shrouded in darkness. Dimmed,
swinging lanterns. Creaking wood. The GOTHIC interior would
be perfect for Dracula.

                        CATFISH
            Which way should we go?

                        LITTLES
                    (spooked)
            We should go back.

                        STINK
            This ship is haunted by hundreds of ghosts
            waiting for their victims, behind every
            door.

                        JIMMY
            Don't touch anything.
                    (to Clumsy)
            Especially you.

                        CLUMSY
            O-o-o-o-o-o-o-o-ok.

CATFISH notices a door with an old rusty doorknob. He looks
around. Nobody is watching him. Curious, he turns it.

THE DOOR FLINGS OPEN!

Out of the darkness, a PIRATE SKELETON lunges out!

                        RASCAL SCOUNDRELS
            Ahhhhhhhhhh!

                        STINK
            Maaaaa!

They rush to flee! They glance back, but the Skeleton is
still there, this time ARMS RAISED REACHING FOR THEM!

                        JIMMY
            RUN!!

They keep running, but they're not going anywhere.

Jimmy looks down, noticing they're running in place on some
kind of TREADMILL-like floor.

With the pace of the treadmill picking up, Clumsy stumbles!

The treadmill drags him back, sweeping the rest of the gang
down with him.

The treadmill draws them back, passing under the looming
skeleton. THE FLOOR ENDS and they drop down, disappearing
into a

INT. DARK PIT

OVER BLACK WE HEAR

> CATFISH
> Clumsy! Didn't we tell you not to touch anything!

> CLUMSY
> Bu-bu-but I didn't! Y-yo-you d-di-

> CATFISH
> Stop stutterin', foo! We don't understand what you be sayin!

> LITTLES
> (afraid)
> Hey Clumsy…is that you I'm holding?

> CLUMSY
> Ye-ye-yeah. Sn-Sn-Snooze is th-that you I'm ho-holding?

> SNOOZE
> I hope so. Yeah.

> STINK
> Catfish…why do you feel so bony?

Jimmy strikes up a match, and when the room is lit WE SEE THAT STINKY IS HUGGING AN OLD SKELETON!

The gang yells in panic stricken horror! Ahhhhhh!

The match blows out! Darkness!

At that instant, they hear the sound of TINKLING WATER hitting the wooden floor.

A beat, then the TINKLING ends.

> RASCAL SCOUNDRELS
> Stink!!!

> STINK
> What! It's not me! My pants are dry, feel!

A lantern is lit. Jimmy waves it above himself.

                    JIMMY
          Then WHO was it?

The leaking tinkle starts again-it's coming from above
them.

Together, the gang slowly look up, cringe and

                RASCAL SCOUNDRELS
          Ahhhhhh!

Hanging above them, is the CARCASS OF A SHARK. Mouth gaping
open, leaking water.

                    LITTLES
          Jaws…

Jimmy investigates the room. No doors. No windows.

                    STINK
              How are we going to get out? We're trapped.
              I knew this would happen. Remember what
              happened to the curious cat when the early
              bird got its wing?

Catfish shoots him a look.

Intrigued by the size of the shark, Littles pulls over a
bucket and stands on it. No use, he's still not tall enough
to reach it.

He stacks a small crate and another bucket. He tries to
balance, searching for leverage.

For a short second the wobbling stops. Littles takes that
moment to stick his head into the shark's colossal mouth.

                    LITTLES
          Wowe!

His 'pile-up' collapses! Littles hangs on to the sharks
jaw-line!

With the weight from Little's body, the shark descends.

GEARS GRIND. A clicking sound cranks, then stops. Something unlocks.

THE WALL SUDDENLY SHIFTS AND RUMBLES OPENS.

                         JIMMY
               You did it!

                         LITTLES
               I did?
                    (beat)
               Of course I did…

Apprehensive, the gang creeps into the

NEW ROOM

Torn up curtains lash out flowing with the wind.

Above, a huge, cobweb-tangled chandelier slowly sways back and forth.

On the wall, a frightening painted portrait of the man himself, THE PHANTOM JACK NEFARIOUS.

Like a holographic image, the picture morphs from A SKELETAL DEAD GHOST version of Jack back to the human form.

The kids realize they've just entered

PHANTOM JACK'S ROOM

                         STINK
                    (nervous)
               Wow. Ok…this is nice…
                    (fast)
               Alright, let's go.

                         CATFISH
               Where you goin' Stinkert? The bakery closed
               hours ago.

Jimmy shoots Catfish a look that says 'lay off' and then rummages through the cabinets, searching for the other half of the map.

                    JIMMY
          Search everywhere! It's got to be here.
          Check under the bed, in his closet, under
          the rugs.

Phantom Jack's bed is enormous, covered with thick black
velvet sheets.

Above the bed is a wooden sign that reads, in crooked
lettering: THAR BE NO PLACE LIKE HOME.

Without anyone noticing, Snooze decides to lie on the bed.
It's comfortable. After a sigh, he smiles, closes his eyes
and

THE BED ROTATES SIDEWAYS, FLIP-FLOPPING THE TOP FOR THE
BOTTOM. SNOOZE DISAPPEARS AND A 'SLEEPING' SKELETON
APPEARS.

The incident goes unnoticed by the rest of the gang as the
ravaging of the Phantom's room continues. Until-

                    LITTLES
          Hey. Has anyone seen Snooze?

                    CATFISH
          Check da bed.

Stink peels over the blanket, revealing the SKELETON.

Frozen in fright, Stink tries to talk, but only manages to
stutter.

                    JIMMY
          What is it, Stink?

                    STINK
          Snooze is dead!

The gang rushes bedside to investigate.

An uncomfortable beat. Stink begins to rub the skeleton's
head.

                          STINK
              All he ever wanted to do was sleep. Now you
              could sleep forever, Snooze…

All of their heads drop, covered by their crossed arms. A
moment of sadness.

From the under side of the bed, we hear

                       SNOOZE
                 (muffled)
              Hey, I'm not dead!

Snooze's voice came directly from the area under the
skeleton's head. He is trapped under the bed.

                        STINK
              Listen to him, he still thinks he's alive.

                     SNOOZE
              Let me out!

Baffled, Jimmy eyes the skeleton.

                     SNOOZE
              Hey, can you still hear me!

                       STINK
              Poor Snooze. He's just bones and ribs now.
              Look at his little arm. I'm going to miss
              that arm, it's the one he always laid his
              head on.

Stink picks up the skeleton's arm.

The arm clicks! Gears churn.

AT THAT INSTANT, THE BED RE-FLIPS. SNOOZE IS BACK ON TOP.

                     LITTLES
              Snooze! You're alive!

                     JIMMY
              How did you do that?

                              SNOOZE
                    I don't know? I just laid down like this,
                    and…

During Snooze's demonstration, the bed flips over again!

                              JIMMY
                    There has to be a switch somewhere. Some
                    kind of secret release lever, or something.

The gang begins searching the bed for a release switch.

Jimmy pauses, staring at the painting of the Phantom Jack.
Under the thick, oak frame, there is a gold plated
engraving: WHEN ASLEEP, AWAKE THE DEAD.

                              JIMMY
                    When asleep, awake the dead? When asleep,
                    wake the dead! I've got it!

At bedside, Jimmy observes the 'sleeping skeleton'.

                              JIMMY
                    I'm going to wake up the dead.

Jimmy begins to shake the skeleton. Nothing. Another harder
jolt. Nada.

                              STINK
                    He won't wake up. He's dead.

                              CATFISH
                         (mock sincerity)
                    Really?

                              STINK
                    Yeah, look.

Again, Stink raises the skeleton's arm and

CLICK! Gears churn. The bed re-flips.

Snooze leaps off.

> CATFISH
> I suggest you keep your ass awake till we
> git outta here.

Jimmy's eyes wander the room.

> JIMMY
> Let's find us that other half of the map.
> Everything seems to get worse by the minute.

> CLUMSY
> Wh-we-where would a mean o-old pirate keep
> something like t-th-hat?

Jimmy's mind races. Eyes locked on the bed.

> JIMMY
> Of course!

Jimmy jumps on the bed and gently lifts the pillow,
revealing a compartment in the mattress. Inside, A SCROLL.

Jimmy's eyes gleam as he eagerly reaches in and pulls out
the scroll.

At that instant, CHURNING GEARS are heard once more! Jimmy
swiftly rolls off the bed seconds before it flips over.

> JIMMY
> The bed is a trap. Anyone trying to get the
> map becomes The Phantom's prisoner.
> > (to the gang as he unrolls the scroll)
> Guys, adventure in the high seas is about to
> set sail.

> CUT TO:

EXT. STREETS--SOON AFTER

The streets are swallowed by a thick vapor, hovering about
in a ghost-like fog.

Street lamps begin to flicker.

A PIRATE ON WATCH

Leans out of his post, holding his lantern above him, trying to see.

The sound of approaching MARCHING FOOTSTEPS become louder and LOUDER…the haunting chant seems to thunder!

> MARCHING PIRATES
> We hack and raze, behead and set blaze, avast ye scurvys yo ho! We murder with greed, do treacherous deeds, Avast ye scurvy's yo ho! In search of the MAP you'll fall in our trap, Avast ye scurvy's yo ho! The Phantom is near, his evil strikes fear, avast-ye-scurvys-yo HOOOOO!!!

> LOOKOUT PIRATE
> (spooked)
> The ghost who sails.

> SMASH CUT TO:

HORSE'S HOOVES RACE

across the cobblestone streets as the LOOKOUT PIRATE rides the horse at racing speed, lantern in hand.

> LOOKOUT PIRATE
> (ala Paul Revere)
> The phantom is coming! The phantom is coming!

Windows slam shut. Doors lock. People flee the streets as the lookout pirate races through the town.

> SMASH CUT TO:

INT. TAVERN--CONTINUOUS

The tavern doors fling open!

Breathless, the lookout pirate rushes in.

> LOOKOUT PIRATE
> The Phantom is coming!

Pirates in the tavern freeze. The cheerful scene turns fearful.

A breeze sweeps through the tavern blowing all the candles out.

The Lookout Pirate's knees begin to shiver uncontrollably. Suddenly, his shivering STOPS. EYES LOCK. FROZEN, he COLLAPSES. A series of daggers are gashed into his back.

TWO GHOSTLY LOOKING PIRATES BURST THROUGH THE DOOR

PIRATE #1

Blades whir as they wickedly spin and twirl, ready to dice! His LEFT EYE is covered with an eye patch.

PIRATE #2

Stylishly, guns flip out! Clicking as they lock, ready to fire! His RIGHT EYE is also concealed behind an eye patch also.

MEET STITCH AND DAGGER

Dressed in shredded, black gothic-pirate clothing, their faces are painted into TRIBAL SKULLS…INTIMIDATING.

The tavern is silent as BLACK BOOTS step through the doorway. With every step, the boots strike against the floor with a sharp metallic tap.

The scene is intense. Onlookers in the tavern turn away, avoiding eye contact.

A voice murmurs…

                         VOICE
                It's the phantom Jack.

A PISTOL IS SUDDENLY DRAWN OUT!

BLAM!

The murmuring pirate is shot dead out of his seat.

Wild eyes scan the tavern. We pull out revealing the face of

THE PHANTOM JACK NEFARIOUS

Pale. Eyes sunken in like a century old dead man. A dark, twisting mustache with a curving goatee, makes him look more like a devil. Clad in a black baroque pirate suit, he is charismatic in an evil way.

Smoke from Jack's pistol clears.

                    BARTENDER
                (whispers)
            That was me best customer!

                    PHANTOM JACK
            Avast ye scurvy scum.

Phantom Jack trains his pistol on the bartender.

                    PHANTOM JACK
            Tell me ye looter, seen the likes of Jones,
            have you?

The bartender sweats, his eyes search for an answer.

The Phantom cocks his pistol.

The bartender nervously grins.

                    BARTENDER
            Earlier. A man was here, never seen him
            before. A wench be who he left with. Thought
            I heard her call him…Jones.

Phantom Jack retreats his weapon, then smiles.

                    PHANTOM JACK
            Ye see thar me'eartie. One can make a smart
            decision, if ye try.
                (to his men)
            Maraud the town! Ransack every inch for
            Jones…and kill everyone in here. I have a
            reputation to uphold.

Chaos is unleashed as his Skull-Faced army of pirates, ravage the scene!

Grinning, Phantom Jack seems to relish the state of anarchy he has created.

                                        CUT TO:

INT. JANE'S ROOM--SAME

Jane, donning a new outfit, now looks like the swashbuckling buccaneer she once was.

She tosses Davey a pouch.

                     DAVEY
              What's this?

                          JANE
              Your money. I didn't recognize you at first
              ...maybe if you shaved and washed up...

DAVEY looks at her...

                     DAVEY
              Jane...I'm sorry.

                          JANE
              For what?

                          DAVEY
              I was young...naive...perhaps too ambitious...
              I should've burned it.

                          JANE
              Burned what...that map?
                 (beat)
              You don't still have that thing, do you?

                          DAVEY
              I wish I didn't. You know, I've been running
              from Jack Nefarious for the past ten rotten
              years because of it...
                 (beat)
              The Phantom Jack. I wish he really were a
              ghost.

A TAPPING thud interrupts them. Jane and Davey search the room. At the window

LEGGO THE PIRATE PARROT

Phantom Jack's evil, peg-legged bird, continues to hammer his wooden leg. In a frantic spurt, Leggo begins flapping his wings.

>                    LEGGO
>               (squawking)
>          Davey Jones! Davey Jones!

>                    JANE
>          Shut up! You stupid bird!

>                    DAVEY
>          What is that? A one legged chicken?

>                    LEGGO
>          Kiss-MY-chicken [*squawk(ass)*]!

>                    JANE
>          Jones, get up, we're leaving.

AT THAT INSTANT, HER DOOR IS KICKED OPEN!

A skull-face pirate rushes in.

Jane reacts, smacking Davey with a lustful kiss. Surprised, his eyes glare wide open, nearly sucked out!

>                    JANE
>               (to the pirate)
>          Can't you see I'm with a customer? Wait your
>          turn!

*WHAM!* Unexpectedly, the pirate's face is smashed with a hard right cross from Jane and is knocked out cold.

>                    JANE
>          It's a skull-face. Jack knows you're here.
>               (beat)
>          Wait! I've got an idea.

>                                        CUT TO:

INT. TAVERN--SOON AFTER

The tavern is being torn apart!

Jane maneuvers through the chaos, followed by an ugly WENCH (Davey in disguise).

                    UGLY WENCH/DAVEY
                  (pushing up his fake breasts)
              This isn't going to work.

                    JANE
              Yes it will. Just keep walking.

Steps away from leaving the tavern, a skull-faced pirate notices their peculiar exit.

                    SKULL-FACED PIRATE
              Wenches, aye? The sea makes a man's eyes
              sore. But a wench be what make them bettar!
              Especially you…

Salivating, the skull-faced pirate lunges at Davey for a kiss. Davey struggles to avoid it, then slaps the pirate!

                    SKULL-FACED PIRATE
                  (turned on)
              Ooooh. I LOVE a woman with strength.

Davey swiftly kicks the skull-faced pirate dead in the balls!

                    UGLY WENCH/DAVEY
              Love hurts.

As the skull-faced pirate buckles in pain, he lets go of his sword and Davey catches it mid-air!

                    UGLY WENCH/DAVEY
                  (to Jane)
              My ship is on the other side.

                    JANE
              Ok. Follow me.

Jane leads him the opposite way.

                              DAVEY
                    We're going the wrong way. My SHIP is on the
                    OTHER side. The other way!

                              JANE
                    Jack's men must have it surrounded by now.
                    This is the ONLY way.

THEY TURN THE OPPOSITE CORNER

finding a legion of skull-faced pirates blocking the alley
with guns trained on Davey.

Like the Red Sea, the group of Pirates part as Phantom Jack
walks through.

Leggo dives, landing firmly on Phantom's right shoulder. He
squawks, then limps back and forth.

                         PHANTOM JACK
                    Davey Jones. At last, we meet again.

Davey's eyes lock.

                              DAVEY
                           (disdain)
                    Jack Nefarious.

                         PHANTOM JACK
                    A reunion long overdue.

                              DAVEY
                    I HATE reunions.

                         PHANTOM JACK
                    Think of it as more of a…FAREWELL.

                              LEGGO
                           (raising his peg leg)
                    Farewell you son of a b…[squawk]!

                         PHANTOM JACK
                    JANE, bring me the map.

In disbelief, Davey looks back at Jane, who now has him at
gunpoint. HE'S BEEN BETRAYED!

                         JANE
            Every pirate in the Caribbean wants that
            map. I'm sorry, Jones. But even I can't
            resist the thought of having your treasure.

                         DAVEY
            You set me up?

     While searching Davey's pockets-

                         JANE
                    (low)
            I had no choice. Besides, I've stuck my neck
            out for you enough times to see nothing in
            return.

                         DAVEY
                    (under his breath)
            Everything I've ever wanted to do WAS for
            you!

                         JANE
                    (sarcastic)
            And now, ten years later you show up only to
            say you still love me, right?

                         DAVEY
            I should have died long ago loving the woman
            I once knew, than seeing the woman you have
            become.

     JANE PULLS OUT A ROLL OF PAPER FROM HIS BACK POCKET, all
     business. But as she comes forward to face him, her tough
     exterior disintegrates as his sincerity touches her.

     With her back turned to Phantom Jack, she unfolds the
     paper, it is BLANK. Her face remains expressionless as she
     folds it back up.

                         PHANTOM JACK
                    (impatient)
            Enough with the prissy love story. Bring me
            the map!

     As Jane takes the 'map' to Jack, Davey thinks fast.

                         DAVEY
            You'll never make it out of the Caribbean,
            Jack. My men have you surrounded. The Rascal
            Scoundrels! The most villainous, corrupt,
            filthy, EVIL, dreaded pirates to have ever
            set sail!

                                        SMASH CUT TO:


INT. PHANTOM GHOST SHIP--NIGHT

The entire gang runs frantically away from SKELETONS that
SWING FROM THE CEILING, SWOOPING AFTER THEM!

                         RASCAL SCOUNDRELS
            Ahhhhhhh!

                                        CUT BACK TO:


EXT. THE STREET--NIGHT

                         DAVEY (Cont'd)
            It's your choice, Jack. The map, or your
            life?

Jane hands Phantom Jack the 'map'. He smiles in victory as
he casually raises his pistol toward Davey, ready to fire.
A charming smile, then a sinister grin…

At that instant

BOOM!!

The building behind them is blown to shreds!!

In the b.g., a voice yells-

                         VOICE
            It be the PRIVATEERS!!! Flee fer yer lives!

Just beyond the port, A FLEET OF THREE BRITISH SHIPS CLOSE
IN.

Another explosion rumbles throughout the town blasting
another building apart!


Alfred, Martinez, Tova                           Screenplay - 000060

Flames and debris careen over the group, as they duck to avoid doom.

Phantom Jack opens up the BLANK ROLL OF PAPER, his expression changes to one of rage.

                    PHANTOM JACK
              Jones! Ye blasted corral scum!

Davey looks at Jane, who winks at him, then pleads with her eyes.

                    JANE
                 (whispers)
              Will you forgive me?

For a short moment, Davey becomes the dashing young rogue he once was.

Swiftly, he swings Jane into his arms, about to kiss…

                    PHANTOM
                 (enraged)
              Where be the MAP, Jones!

Davey and Jane separate…

                    DAVEY
                 (to Jane)
              I can't take you now. But I will come back
              for you.

Another explosion allows Davey the opportunity to flee as Jane is apprehended by Stitch and Dagger…

Dagger flips out his blades ready to kill Jane for her betrayal…

                    PHANTOM
              Don't kill her yet…she may still prove of
              some use.  After Jones!

                              SMASH CUT TO:

THE PHANTOM SHIP

The Rascal Scoundrels anxiously watch the fleet of
PRIVATEERS attack the port.

                    CATFISH
          Gang, dis is da Phantom's ship, and they'll
          blow us out of these waters if we don't get
          hell outta of here! I'm tired of being some
          sorry swab for da Capn'!

                    JIMMY
          We wait for Davey! Either you wait with us,
          or you swim to shore. You decide!

                    CATFISH
          Jimmy 'the Young', right? Young is how
          you're gonna die if we don't get this ship
          movin'!

Stink starts waving his hand excitedly.

                    STINK
          Hey! Davey's being chased by the Phantom's
          army of the dead!

The gang rushes over to look.

IN THE STREETS

Davey runs at sprinting speed followed by dozens of skull-
faced pirates!

The street buzzes with whizzing bullets as they ricochet
around Davey who runs toward the ship!

Davey is close to his ship.

ON THE PHANTOM GHOST SHIP

The Rascals are waving and shouting Davey's name above the
noise of battle. Anxious and spooked by the whizzing
bullets, Clumsy backs up, accidentally knocking over a
TORCH! The torch lights the FUSE of a nearby cannon…which
ignites immediately…

*BOOM!* Davey's ship explodes in a heap of shreds!

The gang freezes, eyes wide open!

                          STINK
                You just blew up Davey's ship!

                          CATFISH
                Now it's just a pile of ship.

THE HARBOR

A group of pirates menacingly close in on Davey.

                          DAVEY
                    (complaining to the pirates)
                That was my SHIP!

The pirates could care less.

                          DAVEY
                There's only one solution I see fit for this
                problem. RUN!

Davey races toward the pier as Jimmy runs toward the front
of the ship closer to Davey, shouting.

                          JIMMY
                Captain! We're up here!

Davey raises his head and sees the Rascals on the deck of
the Phantom ship.

The mob of pirates continues their hunt! Seconds before
doom, he dives off the pier disappearing into the ocean
waters!

Determined, the pirates fire their rifles!

Davey swims toward the Phantom Ghost ship as bullets whiz
around him, sending spurts of splashing water all around.

PHANTOM GHOST SHIP

                          SNOOZE
                Cap! Grab the anchor!

Except for Catfish, the entire gang yells-"Grab the anchor", "You could do it Capn'" as Davey desperately swims for his life.

ON THE ANCHOR

Davey grabs hold of the rusty old chain as it is being drawn up. He hangs onto the anchor as it raises him up toward the vessel.

ON THE STREETS

Looking through their telescopes, Stitch and Dagger notice-

> STITCH
> Captain! Yar ship be hijacked…

> DAGGER
> …hijacked by the looks of…kids!

ON THE PHANTOM GHOST SHIP

Elated, the gang jump and shout-

> RASCAL SCOUNDRELS
> Don't forget the name! The Rascal
> Scoundrels!

BACK ON JACK

> PHANTOM JACK
> Blasted little bilge rats!
>       (to Stitch, pointing at Jane)
> Take that rat and put her away.

Stitch obliges and leaves with a struggling Jane.

Dagger whips out two swords and clashes in battle with oncoming Privateers…even though outnumbered, the Privateers are no match for Dagger, the master of blades.

A POSSE OF PRIVATEERS see an opening and surround the distracted Phantom Jack.

> PRIVATEER #1
> Withdraw your weapons!

Rifles lock and load, ready to fire.

Fearlessly, he assesses the Privateers from the corner of his eyes.

He turns away from the Privateers and strikes a match. Entwined into his hair, beard and clothes are FUSES. He lights them and smoke begins to engulf his face and body…spreading thicker…and THICKER.

Fitting his ghostly persona, he grins as he vanishes within the smoke.

WITHIN THE SMOKE

The sound of an unsheathing sword rings out! The privateers yell hellishly! Rifles blast!

Unscathed, Phantom Jack walks out of the smoke. The dying Privateers collapse behind him. His skull-faced pirates surround him again…

                    PHANTOM JACK
                  (to Dagger)
            Gather our numbers, lad. Hijack thar main
            vessel and pipe the rest of those ruddy
            wreckages away! We're going after Jones!

A swarm of skull-faced pirates led by Dagger cock their rifles.

The skull-faced pirates fire a storm! Jack's legion of men holler bloody war as they race toward the harbor!

THE PORT IS NOW A BLAZING INFERNO.

Continuous *Booms* from the ship's cannons rumble the harbor.

PRIVATEER SHIP #1

Something is tossed on the deck. A privateer makes to inspect it…when the bomb explodes and the deck becomes shrouded with smoke.

A swarm of Skull-faced pirates raid PRIVATEER SHIP #1 from the back. Blind to the assault, the privateers are

ambushed…as if attacked by GHOSTS! Swords clash! Bullets
shred. Smoke clears. Bodies collapse.

Suddenly, the ship shifts aim toward Privateer ship #2, and
FIRES!

PRIVATEER SHIP #2 EXPLODES, hurling the bodies of the
privateers into the air as flames burst into the sky!

PRIVATEER SHIP #3 retreats and sails away, avoiding doom.

The takeover is complete. Phantom Jack boards PRIVATEER
SHIP #1. He grins and salutes his crew.

The legion of skull-faced pirates explode into a victorious
cheer!

                    PHANTOM JACK
                (re: ship #1)
            Britain has its good side.
                (beat)
            Strike our colors, lads!

A BLACK PIRATE FLAG is hoisted up. On it, a ghost skull
with two crisscrossing swords beneath it.

PRIVATEER SHIP #1, now under Phantom Jack's command, sails
to sea. Behind them, THE HARBOR IGNITES, BURNING DOWN TO
ASHES. THE OCEAN IS SCATTERRED WITH FLAMING, SINKING
VESSELS.

                                        CUT TO:


EXT. PHANTOM GHOST SHIP, DECK

Catching his breath, Davey kneels on the deck, coughing up
water.

                    JIMMY
            Welcome aboard, Captain Jones. Your crew
            awaits your commands.

                    DAVEY
                (angry)
            My crew? Do you realize what you damn kids
            have done!

Clumsy's lip quivers.

                    CLUMSY
          I-it wasn't m-m-my my fault.

                    JIMMY
          We've stolen the map from Phantom jack and
          hijacked his ship, ready to find the
          TREASURE!

                    DAVEY
          Treasure! I was just nearly cut down to fish
          bait, shot at by skull-faced PIRATES and
          almost blown apart by PRIVATEERS because of
          that DAMNED TREASURE! Now we're sailing in
          PHANTOM JACK'S ship, who soon enough will
          catch up to us and leave us resting at the
          bottom of the OCEAN!

The kids are taken aback by his attitude.

                    JIMMY
          But Davey, we have both halves of the map
          now!

                    DAVEY
          Good. Now we can toss both of them off this
          ship!

                    LITTLES
          But we did this for you.

                    CATFISH
          Don't look like 'Captain Rum' cares, do it?

                    JIMMY
          Davey, aren't you tired of everyone thinking
          you're nothing but a drunken 'has been'? We
          have the chance right now...YOU have the
          chance, the chance to be the GREAT Davey
          Jones again.

                    DAVEY
          The GREAT Davey Jones…
                  (angry)
          Let me tell you what that DAMN MAP did for
          Davey Jones. I lost my ship, my life…
          JANE…all for the evil of men's greed for
          treasure… and if you're not careful…


                    JIMMY
          But look!

Jimmy aligns both halves of the map together.

                    JIMMY
          It's within our grasps! We're so close I
          could feel it!

Odd. Both halves of the map don't line up.

                    DAVEY
          Let me see that.

Davey snatches the map from Jimmy and inspects it.

                    DAVEY
          CALAVERA island. Should've known.

                    JIMMY
          Is that where the treasure is?

                    DAVEY
          NO, that's where the Phantom's half of the
          map is. THIS map tells you how to get to HIS
          map.

                    JIMMY
          Then that's where we have to go.

                    DAVEY
          We're not going anywhere except off this
          ship. Besides, nobody's ever left Calavera
          alive.
                  (beat)
          Clums, hoist up the sails!


Alfred, Martinez, Tova                                    Screenplay - 000068

                    CLUMSY
          Bu-but-but Capn'!

                    DAVEY
          Do it! Or I'll sell you to a slave trader!
          That goes for all of you!

Reluctantly, Clumsy unties the sail. A swift gust of wind
causes the sail to swing out fiercely!

                    JIMMY
          What do we have to do to convince you
          otherwise!

                    DAVEY
          You'd have to KNOCK me out and TIE me up.

*WHAM!* The swinging sail whacks Davey on the side of the
head, knocking him out. Clumsy grins.

                    LITTLES
          Now what? We need him.

                    JIMMY
          We do it ourselves. Tie him up.

                PHANTOM JACK (O.S.)
          Bring to me that traitor wench!

                                             CUT TO:


EXT. PRIVATEER SHIP #1, DECK

Stitch and Dagger bring Jane to Phantom Jack. She
struggles…but its no use. As they pass groups of pirates
eyeing her-

                    PIRATE #1
          Aye thar, the life of a pirate can be lonely
          at sea, hows 'bout a kiss to holds me over
          till I finds another nasty wench!

                    JANE
          Come closer, I've got a kiss for ya…

As pirate #1 leans in, Jane kicks him in the balls!

The crowd cheers and laughs at her comeback. Angered, the pirate pulls out a dagger and lunges at Jane.

Suddenly, a WHIP snaps and wraps around the throat of Pirate #1! Phantom Jack tugs at the other end of the whip strangling the pirate!

                    PHANTOM JACK
                  (to his crew)
            Give him the KEEL HAUL…

                    PIRATE #1
            No! Captain! Not the Keel haul!

                    PHANTOM JACK
            Let this be fair warning to all!

Phantom Jack's men escort Pirate #1 away.

                    JANE
                  (sarcastic)
            Who would have thought…rescued by the
            Phantom Jack!

                    PHANTOM JACK
            I can't have you die before I bait the hook.

                    LEGGO
            Kill the wench! That little b…
            [squawk(bitch)]!

Swiftly, Jane whips out a dagger and lunges at Jack, but is yanked back by Stitch and Dagger.

Without a flinch, Phantom Jack locks eyes with Jane. No threat. No fear.

Jane feels a nudge in her stomach. She looks down noticing STITCH HAS A PISTOL BURIED UP AGAINST HER. Dagger's blade gently glides across her neck…

                    PHANTOM JACK
            What's the matter, Jane? You look like
            you've seen a ghost.

                              JANE
                    You're a curse to the sea

Phantom Jack smirks.

                           PHANTOM JACK
                    Make no mistakes, me young harlot…in your
                    grave you will be resting.
                         (to Stitch and Dagger)
                    Lock 'er up in the ship's sail barge!
                    To the treasure, me'earties!

With a gallant wave of his cape, Phantom Jack turns and
walks away.

AT THE KEEL OF THE SHIP

We see PIRATE #1 dragged from a rope tossed by the waves as
the ship sails on.

                                              CUT TO:


EXT. CALAVERA ISLAND—-DAY

The island is shaped like a hook, shadowed by dark clouds.
Buzzards circle.

An enormous mountainside is sculpted into a form resembling
a dismembered SKELETON, from the torso and up. As if
crawling out of the ocean, its arms act as pillars holding
up the entrance to a cavern.

Hunched over, the head leers downward with its half-sunken
face under the water. An eerie waterfall pours out of its
left eye.

The Phantom Ghost ship approaches.

EXT. PHANTOM GHOST SHIP, DECK—-DAY

                           STINK
                    Does anyone else besides ME think this is a
                    bad idea?

Snooze, Clumsy and Littles raise their hands.


Alfred, Martinez, Tova                              Screenplay - 000071

> CATFISH
> Man, ya'll chickens! We shoulda left you
> back with that purple pant wearin' El
> Capitan.

The ship enters the eye of the skull sailing past the arm-
like pillars, docking at land within the rib cage.

Jimmy comes out on deck holding shovels, lanterns and
ropes.

> JIMMY
> Gear up, guys. This is it.

                                              CUT TO:

EXT. PHANTOM GHOST SHIP - DAY

TIED UP AGAINST A WOODEN BEAM, Davey is jolted awake by the
sounds of the commotion. He appears groggy and grumpy.

> DAVEY
> Hey, you lousy kids! Can't a man have some
> peace and quiet here!
>         (in pain)
> My head…I feel like…I drank a whole barrel
> of…
>         (realizing he's tied)
> What the…hey! Untie me, NOW!

Littles instinctively moves to help Davey, but then sees
the gang's faces and makes an about-face.

> LITTLES
> Let me say it in Spanish. NO!

Equipped and ready, the gang prepares to leave the ship.

> DAVEY
>         (seeing where they're at)
> Calavera! What do you think you're doing!
> You don't really think you can just walk in
> and out of there with the map, do you?

                    CATFISH
          What's the matter Cap? Afraid the dirty
          orphan kids'll find what you couldn't?

This stings, but Davey has a mission.

                    DAVEY
          Let me tell you a story. For years I sailed
          as a Privateer alongside Jack. We probably
          manhandled more pirates than the entire
          British fleet together. During raids we
          found gold, diamonds…but nothing like what
          lies at the end of that map. In good faith,
          we split the map and betrayed the privateer
          code.

                    CATFISH
          So, Phantom Jack betrays yo ass and you
          become the most dreaded drunk of the
          Caribbean. We know the story.

                    DAVEY
          Then know this. There is no such thing as
          LOYALTY or MERCY between pirates. For ten
          years the Phantom has stopped at nothing to
          get that treasure, and he'll CRUSH anything
          or anyone who gets in his way…including you.

                    JIMMY
          But you also taught us to never lose to
          fear; only lose to fate.
                    (beat)
          Captain, you're losing to fear…and our fate
          lies ahead.

The comment hits home with Davey.

                                        CUT TO:


EXT. CALAVERA ISLAND——DUSK

Like the SEVEN DWARFS, the Rascal Scoundrels single file
through the island jungle hiking and singing-

                    RASCAL SCOUNDRELS
          We kidnap and ravage and don't give a hoot,
          drink up me'earties yo-ho! We're RASCAL
          SCOUNDRELS villains and knaves, drink up
          me'earties, yo-ho!

The kids suddenly come to a halt. Ahead of them

A RAVINE

with only one way to cross...a narrow tree trunk. Colossal
trees loom high, covered with draping vines.

Clumsy nearly slips on some loose gravel. VICIOUS
CROCODILES snap at the falling rocks in the waters below.

                    LITTLES
                  (afraid)
          Are you sure the map says this way?

                    CATFISH
          Yeah, I don't know 'bout dose fat-ass-kid-
          eatin' crocs!

                    JIMMY
          Who's first?

Silence. Nobody even breathes.

                    JIMMY
          We musn't lose to fear!

The kids remain motionless.

                    JIMMY
          Fine. I'll go first.

Jimmy eases into his first step. He holds on to the vines
for support.

Catfish goes next. Then Littles followed by Clumsy, Snooze
and Stink.

The log begins to CRACK!

Jimmy pauses. Another SNAP!

                              JIMMY
                    We're too heavy!

Suddenly, the log BREAKS!

Swiftly, Jimmy grabs a vine! The rest of the kids cling on
to each other, forming a human chain a second before the
log breaks entirely!

They SWING down low! JAWS OPEN! Crocodiles SNAP at Stink,
barely missing him as they fly by!

The swing lands them clear to the other side of the ravine.
They made it across!

                              STINK
                         (bravely)
                    That wasn't so bad.

As Stink turns, we see that his bottoms were grazed by the
crocodiles' bites, and his pants are shredded.

Something CRUNCHES.

The crunching gets louder and LOUDER as the ground beneath
them begins to shift and shake…when SNAP!

Jimmy and the gang fall through a hole landing in

INT. THE PIT OF THE DEAD

They crash land into a pile of HUMAN BONES strewn with old
pirate hats and clothes!

Frantically, the kids jump up cleaning themselves off the
dust and cobwebs.

Catfish snatches the map from Jimmy.

                              CATFISH
                    I know I can't read, but even if I could I
                    wouldn't know whut dis says! It's some kind
                    of secret pirate code.

                              JIMMY
                   (frustrated)
          Give me that!

Jimmy snatches the map from Catfish.

                             JIMMY
          This isn't some secret pirate code, it's
          Spanish!
                   (reading)
          Littles, you know Spanish, what's El Oyo de
          muertos?

                          CATFISH
          El Oyo da who?

                          LITTLES
                   (translating)
          The pit…of the dead.

The wall ahead of them is no wall, but a HUGE SKULL with
two bones hanging vertically on each side of it. Its eyes
burn with flaming torches. Morbid.

                         CATFISH
                   (spooked)
          Now, dat's some scary shit.

                             JIMMY
          Cara a Cara con los guesos cruzados de la
          calavera de muerte?

                          LITTLES
          Face to face with the skull of death's
          crossbones…

                             JIMMY
          Solamente cuando las lagrimas lluevan de la
          calavera, podras entrar la boca de la
          muerte.

                          LITTLES
          Only then will the tears of the skull flow
          and you may enter the…jaws of death.

An uncomfortable beat…

                       JIMMY
              Face to face with the skull of death's
              crossbones, only then will the tears of the
              skull flow and you may enter the jaws of
              death…

Jimmy observes the skull with the two bones.

                    CATFISH
              Shoo, man! I'm tired of deez riddles.

                      JIMMY
              Crossbones…CROSSBONES! Cross the bones! Help
              me out!

Jimmy and Catfish grab the left bone, the rest of the kids
grab onto the right bone.

                      JIMMY
              Ready? Pull!

They pull with all their strength until both bones CROSS
each other.

A DEEP RUMBLE begins shaking the ground.

The skull's eyes hiss as the flames burn out. Water begins
to pour out of the sockets, as if crying.

Another loud CRASH and the skull's jaws rear wide open!
Stale air exhales out…

                    LITTLES
              Enter the jaws of death…

                                  CUT TO:

EXT. THE PHANTOM GHOST SHIP—SAME

Alone in the abandoned ship, Davey jolts awake from his
sleep. His forehead drips with sweat from the beating sun.

He stares onto the deck…vision blurs…

Davey's eyes begin to focus…a SHIP is approaching! He
recognizes the flag…it's the Phantom Jack!

A BOTTLE OF RUM is kicked over and broken! With his feet,
Davey scoots the broken glass over.

Reaching for the glass, he suddenly stops. In the glass, he
sees his reflection…not the same Jones he once was.

                                              CUT TO:


INT. GHOSTBLADE HALL—SAME

Each side of the hall is lined with cobweb-covered STATUES
OF SKELETON PIRATES HOLDING SWORDS ABOVE THEIR HEADS.

                         JIMMY
                    (reading the map)
              Espadas…del…espanto. El…que…pasa…muere…

                         LITTLES
                 Blades of the ghost. He who passes, will
                 surely die.

Glances are exchanged.

                      RASCAL SCOUNDRELS
                    (to Jimmy)
                 You go first.

Jimmy takes a deep breath, then steps through. Nothing
happens.

The kids follow closely behind. The statues are
intimidating.

The hallway ends, leading into

THE TREASURE MAP ROOM

Large sculptures of skulls are embedded into the walls.

In the center of the room, a skeleton pirate sits on a
throne. In one hand he holds the scroll, the other hand is
a HOOK.

                         JIMMY
                 The MAP!

Jimmy walks up to the skeleton pirate and pauses for a second.

                            JIMMY
                       (cockily)
                  We beat you, Phantom.

Catfish reaches out to grab the map.

                            JIMMY
                  Wait! It's too easy. There's a trap here…
                  but where?

                            SNOOZE
                  No sense in trying to figure it out now.
                  Let's SLEEP on it.

Jimmy carefully inspects the skeleton. He notices some STRINGS attached to WHEELS…some kind of mechanism-A BOOBY TRAP!

                            JIMMY
                  Just as I suspected…

                            STINK
                  What's with his obsession for skeletons…

                            CATFISH
                  What's yo obsession wit odor?

                            STINK
                       (angered)
                  I'm getting tired of you talking your sh…

                            CATFISH
                  Do something about it. I dare you! I double
                  dog dare you!

                            JIMMY
                  Enough!! We're about to discover the
                  greatest treasure in the history of all
                  pirates and the only thing you two do is
                  fight with each other like delicate farm
                  girls!

                         JIMMY (Cont'd)
                    Look around, we need something the size of
                    that scroll.

                         CATFISH
                              (pissed)
                    I'm not delicate.

     The kids scatter to search the room. Catfish walks up to a
     skeleton leaning against the wall.

                         CATFISH
                    I need yer leg.

     Catfish snaps the skeleton's leg off.

                         CATFISH
                    How's this?

                         JIMMY
                    We won't know until we try.

     Jimmy takes the bone and slowly slides the scroll out of
     the skeleton's hand while replacing it with the bone.

                         JIMMY
                    Got it!

     Success! The kids jump around and high-five each other.

     Having nobody to high five, Clumsy turns and slaps the
     skeleton a high-five knocking the bone out of his hand!

     The kids can't believe it!

     At that instant, the hand descends. GEARS GRIND. The hand
     with the hook drops! A string is cut…

     A torch next to the throne suddenly turns, lighting a fuse…

     IGNITION! The kid's eyes follow the fire as it runs along a
     series of fuses.

     CARINADES SUDDENLY POP OUT FROM THE LARGE SCULPTURES OF
     SKULLS ON THE WALL!

Carinades FIRE! The skeleton on the throne shatters as cannon balls rip through it!

                    JIMMY
          Run!

The kids begin to run as cannon balls blast behind their every step, barely missing!

As they make way into

GHOSTBLADE HALL

They pause to catch their breath…

                    CATFISH
          The jaws are closin'!

They watch in horror as their exit jaws start to close!

SUDDENLY TWO SWORDS COME SLICING DOWN!

                    JIMMY
          C'mon!

In a domino effect, the statues lining the walls begin to swing their swords downward, one after another! The gang run for their lives, screaming in terror as they barely evade the dicing swords.

The SKULL'S JAWS are near shut…Clumsy dives through followed by Catfish, Littles, Snooze, then Jimmy who drops the map as he dives through!

He reaches in and grabs the map, pulling his arm back just as the JAWS CLOSE SHUT.

Relieved, the kids look at each other and begin giggling. The giggle turns into laughter. They turn to leave and

                    RASCAL SCOUNDRELS
                 (frightful)
          Ahhhhhhhhhhh!

Skull-faced pirates unsheathe their swords, thrusting them towards the kids. Phantom Jack leans out from the darkness.

                        PHANTOM JACK
              Ye comes seekin adventure with salty old
              pirates, aye?

                                               CUT TO:

EXT. PHANTOM GHOST SHIP, DECK

Skull-faced pirates swing aboard!

In a matter of seconds, the Phantom Ghost ship has been re-
taken by mobs of pirates.

A skull faced pirate hurries to follow the group of
pirates.

Behind him in a hidden corner, another skull-faced pirate
remains…unconscious and partly undressed.

THE HERD OF PIRATES divides as Phantom Jack walks across
the deck. He is followed by the Rascals who are escorted by
sword carrying skull-faces.

                        PHANTOM JACK
                    (to the rascals)
              I thought you said Davey Jones be here.

The kids notice that Davey's ropes have been cut.

                        LITTLES
                    (upset)
              He abandoned us…

                        PHANTOM JACK
              Flees like the rat he be.

                        CATFISH
              Man, that foo probably saw Phan'om comin',
              got scared, up and left to go do some
              drinkin'.

Amongst the crowd, the skull-face we previously saw turning
the corner, tugs at his pirate clothes…the clothes are too
tight…

                        JIMMY
                    (eyes searching)
            I know Davey. He wouldn't do that.


                        PHANTOM JACK
            Accept the truth about your coward hero.
            No matter. He is of no consequence.
                    (to his men)
            To the TREASURE!


The skull-faced pirates break out in cheers!

Leggo flutters his wings hysterically.

Not sharing the excitement, the skull-face with the tight
clothes looks concerned. He backs away from the
crowd…disappears.

                                            CUT TO:


INT. PHANTOM GHOST SHIP, BARGE CELL

The skull-faced pirate (Davey) rushes through the barge,
checking every cell.

Looking through the bars he sees-

                        SKULL FACE/DAVEY
                    (hushed)
                Jane!


Jane doesn't recognize him.

                        JANE
                Aren't you supposed to be marauding,
                hijacking or igniting something?

                        SKULL FACE/DAVEY
                No! It's me…Davey.

                        JANE
                Davey Jones! What are you doing down here!
                Let me out!


A beat.


Alfred, Martinez, Tova                                    Screenplay - 000083

                      SKULL FACE/DAVEY
           I can't. If I do, Jack will just as soon
           have our heads…he has both halves of the
           map…we're almost to the coves.

Jane presses her face against the bars, pissed.

                           JANE
           Jones! Let me outta here! We could beat him
           and take the treasure for ourselves!

The sound of somebody approaching alarms Davey.

                      SKULL FACE/DAVEY
           There's something I have to do first. I WILL
           return for you.

Davey kisses her. She reaches to slap him but he already
raced out.

                           JANE
                      (seething)
               Davey Jones!

Stitch and Dagger approach Jane's cell.

                                          CUT TO:


EXT. PHANTOM GHOST SHIP, DECK

The ship becomes swallowed in fog.

                      PHANTOM JACK
           Lanterns me'earties! The cursed waters be
           seekin' to blind us!

Lanterns are lit, barely cutting through the fog.

                      PHANTOM JACK
               Bring me those blasted kids!

The Rascals are hustled out. Phantom Jack's left eye
twitches.

> PHANTOM JACK
> First, yer nice enough to bring the map to
> me. Thank you. Then you make Davey Jones
> disappear. Much obliged. And even though I
> despise the very sights of ya, I'm afraid I
> be requiring the help of you lads once more…

Confused, the Rascals glance at each other.

Phantom whips out his sword and points them forward towards
THE PLANK!

> PHANTOM JACK
> A watery tomb be where you be headed! Down
> with the sharks!

> JIMMY
>     (brave)
> As Captain of this crew, I demand you to
> release my men at once!

> PHANTOM JACK
> By the order of whom?

> JIMMY
> By the order of Jimmy 'the Young', ME!
> Captain of the Rascal Scoundrels!

> CATFISH
> Hold on brutha, let me handle dis.
>     (to Phantom)
> Excuse me, Phanty, I can call you Phanty,
> right?

Phantom Jack's left eye twitches, rapidly.

> CATFISH
> Ye ol' keel hauler, you! Walk the plank?
> Dat's old school pirate. Capn' Hook be doing
> it for years!

Silence. Nobody breathes. Surprisingly, the Phantom breaks
out in laughter!

His crew follows his example…and soon, so do the Rascals.

EXHIBIT 71

                    PHANTOM JACK
          Hook? Never heard of the swab!
                (to his men)
          I think I like this kid!

More laughter.

                    PHANTOM JACK
                (to Catfish)
          Lad, I'm beginning to like you…but…I'm
          afraid I'm going to have to kill you.
                (beat)
          Now, MOVE ya bloomin cockroaches!

The Rascals are forcefully pushed onto the plank,
surrounded by skull-faces.

                    PHANTOM JACK
          Jump ya scurvy scum!

Littles is about to cry…Stink is holding his pants…Snooze
is wide-awake and scared…Catfish has nothing to say…

                    VOICE (O.S.)
          Hold it!

Everybody turns to THE TOP OF THE SECOND LEVEL DECK-

                    DAVEY
          What crime are they guilty of? You see, even
          a pirate has a code, laws, if you will.
          For instance: LAW #1! Any MAN caught
          stealing shall be marooned. They've stolen
          from you, but judging by the way they look,
          they're far from MEN.

DAVEY JONES is back! Face clean-shaven, hair pinned back in
a tail, dressed like the young rogue he once was, dashing
and brave.

                    PHANTOM JACK
          Jones…

>                    DAVEY
>           Law number TWO! All important decisions to
>           be put to vote. How many of you men think
>           these poor, helpless, little children should
>           be fed to nasty, ruddy old sharks??

The pirates holler and cheer!

>                    DAVEY
>           There's been times when I would've
>           agreed…but look at their little faces…they
>           don't look like sea scum, do they? Hands for
>           freedom!

Only one skull-faced pirate meekly raises his hands.

Phantom frowns wrathfully at him. The pirate shrugs.

Phantom draws out a pistol and *BLAM!* The pirate is shot
point blank.

Davey quickly draws his pistol, aiming at Phantom Jack.

>                  PHANTOM JACK
>                (to Davey)
>           Belay there, ya focsle swab. I have a gift
>           for you.
>                (calling out)
>           Strike yer colors, ya brazen wench!

A sail twists, revealing Jane dangling from the
maintopmast.

>                  PHANTOM JACK
>           Stand lay yer guns bare! (Surrender!)

Davey's eyes bounce from the kids to Jane…no way he could
save both…only one thing to do…

Davey side steps revealing a CANNON as he strikes a match,
ready to light the fuse.

>                    DAVEY
>           It's your choice. Free them, or we all die.

                        PHANTOM JACK
              We be at the point of discovery, Jones! Not
              even you be willing to conclude this moment
              of triumph where every begotten sea swab
              died in failure!
                        (beat)
              So blast away, Jones.


Poker faced, Davey stands his ground.

                        PHANTOM JACK
              If you won't fire, then perhaps I will!
              Clear the decks, lads!!

Phantom Jack signals with his arm…

AT THE OTHER END OF THE SHIP

Stitch and Dagger hold torches, ready to ignite and fire
CANNONS of their own! Davey's bluff has been called!

No time to argue! Davey lights the fuse and leaps away from
the cannon…*BOOM!*

Stitch and Dagger fire!  Both sides of the ship EXPLODE in
a fury of destruction!

The force of the explosions causes everyone to stumble and
fall! Phantom is launched back and LOSES THE MAP!

Frightened, Leggo scatters into the air, squawking as he
flies off.

In the confusion, Jimmy jumps on the deck and quickly grabs
the map.

                        JIMMY
              I've got it!

                        PHANTOM JACK
              Blast you ruddy scoundrels! Give me my map!

Davey swings from a rope landing in front of the Jimmy! He
whips out his sword.


Alfred, Martinez, Tova                                    Screenplay - 000088

                    DAVEY
        Jimmy, get everybody into the rowboat, now!

                    JIMMY
        But...

                    DAVEY
        Don't worry about me, go! I'll catch up to
        you guys later...I promise!

Davey glances at Jane, who dangles helplessly above...

PHANTOM JACK suddenly attacks Davey!

Sword clash!

                    PHANTOM JACK
            The treasure is mine, Jones!

They separate! A barrage of swashbuckling is exchanged! A
challenge for both as they swing, duck, jump and kick!

Phantom skillfully lunges and strikes, slicing Davey Jones
arm!

Holding his wounded arm, Davey tracks backward.

Phantom Jack notices the kids escaping over the deck with
the map. He signals to someone off screen.

                    PHANTOM JACK
                (a flourished 'goodbye' speech)
            The time has come for me to claim what be
            mine...worry not me'eartie...you still be in
            good company...

An unanticipated attack from STITCH AND DAGGER as they
flip, draw their weapons in mid air and land in front of
Davey. Phantom Jack retreats toward the fleeing Rascals.

                    STITCH
            We've been looking forward to this, Jones.

                    DAGGER
        Once a privateer, always a privateer.

>                    STITCH
>           And all privateers are good for is
>
>                    DAGGER
>           A dagger.
>
>                    STITCH
>           And a stitch.
>
>                    DAVEY
>           And for hanging filthy pirates like
>           yourselves!

The fight is on.

                                              CUT TO:


CATFISH

losses balance and slips, holding onto the side of the
ship!

>                    CATFISH
>                     (pleading)
>           Stink! Help me! Please!
>
>                    STINK
>           Are you gonna keep calling me stinky names?
>
>                    CATFISH
>           No! I promise Stinky!
>
>                    STINK
>           Not Stinky...Stinko or Stinkert. What's my
>           name?
>
>                    CATFISH
>           Stink!
>
>                    STINK
>           My REAL name!

He can't remember! Catfish searches his mind...

>                    CATFISH
>           Jinglesbert...Engles...Bert...ENGLEBERT!

Stink pulls him up.

                        STINK
              I caught a Catfish!

ON A SUSPENDED ROW BOAT

The Rascals jump in and hide.

Clumsy leans back pressing against a RELEASE LEVER. The
rowboat's suspension ropes unhook! The boat free-falls into
the water!

                        CLUMSY
              A-a-always blame blame it on on me!  I
              didn't d-d-do anything!

                        CATFISH
              Ain't nobody said anything.

                        JIMMY
              Shut up and start rowing!

All together, the gang begins to row. Ahead of them, the
dense fog seems to barricade their path.

ON THE PHANTOM GHOST SHIP

Phantom Jack leans over the side, seeing the Rascals
escaping.

                        PHANTOM JACK
                    (angry to his men)
              Find us another rowboat! Those blasted kids
              have the map!

Six of his skull-faced pirates find a rowboat, and quickly
hoist it down into the water.

Phantom Jack steps in, finding it too crowded.

                        PIRATE #1
              Captain, we be at the water's mercy!

Phantom Jack rears out his pistol, blasting Pirate #1 off
the rowboat.

                    PHANTOM JACK
          It be too late to alter course, mateys.

                                    CUT BACK TO:


THE DECK

Stitch draws two pistols, blasting at Davey, shredding
through a BARREL as Davey takes cover!

*BLAM! BLAM!* The piercing bullets from Stitch's pistols rip,
gash and rent! Unexpectedly, Stitch runs out of armed
pistols…he searches his body for more guns.

A smile from Davey, then a right cross, a left uppercut,
and another jaw breaking strike straight into Stitches
face!

Davey suddenly screams in pain as Dagger slices through his
arm! Dagger is kicked back…

Stitch recovers…reloads…aims…Davey sees A CARINADE! He
rushes over to the carinade and aims…

A ferocious *BOOM* rears out and Stitch is crushed by a
cannon ball, launched off the ship!

Davey smirks, then gets whacked by an unexpected punch from
Dagger!

Davey returns with a violent onslaught of crushing blows!
Dagger is viciously tossed through stacks of barrels marked
GUNPOWDER.

Dagger quickly jumps up, searching his body for
knives…nothing!

Davey aims his pistol…

                    STITCH
          I've had twenty shots buried in me! Yar
          thinks only one will run me through!

Davey shifts aim…and *FIRES* at the gunpowder barrels!

The ship explodes! Sails collapse! Planks of wood flick off, shooting into every direction.

THE MAINTOPMAST is engulfed in flames! Jane swings helplessly surrounded by hell itself.  The maintopmast is about to collapse!

DAVEY quickly cuts a suspension rope and daringly swings through the flames toward Jane!

He flies into Jane, wrapping his arms around her. Frantically, he searches for something...

                    DAVEY
          Jane! A blade!

She motions with her eyes toward her cleavage. He shoves his hand into her shirt...searches...her eyes WIDEN...he smiles...

The Maintopmast tips...

THE KNIFE IS FOUND! Seconds before doom, Davey swipes at the rope, cutting it! A narrow escape as they swing away!

BACK ON DAVEY AS

As he frees her from her ropes.

                    JANE
            What took you so long?

Before he can respond, Jane smolders Davey with a deep kiss.

                         DAVEY
               I would say thank you, but the pleasure is
               mine.

                         JANE
               The map!

                    DAVEY
               Those KIDS have the MAP! And if you think
               I'm doing this for that damned treasure,
               you're wrong! Those kids and you are all I
               have, and I'm not losing them.

AN EXPLOSION erupts from the center of the ship!

Jane is knocked off her feet, landing into Davey's arms.

                         DAVEY
                    Like old times?

                          JANE
                        (smiling)
                    Never forgot 'em.

Davey grabs a rope and together they swing from the second
level deck, landing safely away from the shooting flames!

                          JANE
                    At least you still know how to show a lady a
                    good time.

Davey desperately searches the collapsing ship. He runs
toward the edge of the ship, seeing the kids sailing away.
A smile of relief lights up his face.

Suddenly, the smile turns into a concerned look as he sees
Phantom Jack raising his pistol from his boat, aiming at
the Rascals! He fires and misses!

The ship suddenly rumbles…

                         DAVEY
                    Jane, run!

Davey and Jane begin their escape, as the ship continues
to rupture! They leap from the second level down to the
main deck.

ON THE RASCAL SCOUNDRELS ROWBOAT

Clumsy notices the chaos on the Phantom Ghost ship.

                         CLUMSY
                    T-the the Capn'!

Heads snap around, noticing

                          JIMMY
                    Davey! Jump! You could do it!

> LITTLES
> Andalay Capn'! Go!

ON THE PHANTOM GHOST SHIP

Davey and Jane continue their escape…seconds before jumping off the exploding vessel…

THE KID'S P.O.V.

The Phantom Ghost ship suddenly BURSTS in a fiery wreck…sinking to the bottom of the ocean.

> JIMMY
> NOOOOO!

Littles begins to sob. Eyes swell. Tears run wild.

A hush falls upon the group as they contemplate what just happened.

ON PHANTOM JACK'S ROWBOAT

The Phantom Jack's eyes narrow with resentment.

> PIRATE #1
> Captain, Davey be dead! What be wrong?

Phantom Jack drops his head, mourning. Not what we'd expect from Jack.

> PHANTOM JACK
> All these bloody years I wanted him myself.
> The satisfaction of having defeated Davey
> Jones should've been mine.

BACK ON THE RASCAL SCOUNDRELS

> JIMMY
> It's all my fault. If I hadn't had this
> stupid idea of being pirates, none of this
> would have happened.

> LITTLES
> We just lost the closest thing to a father
> we'll ever have.

Jimmy swipes his pirate hat from his head, eyes swollen
with tears, he takes one last hard look at it. Resentful,
he tosses it into the fog covered ocean.

                    JIMMY
          I don't want any part of this anymore.

                    CATFISH
          It ain't yo fault. It's all v'us.

Following Jimmy's example, the rest of the gang tosses
their pirate hats into the ocean.

                    CLUMSY
          Wh-what about the the treasure?

Jimmy holds up the map.

                    JIMMY
          It's because of this, that Davey is dead!

In spastic outrage, Jimmy begins to tear the map, shredding
it to small pieces. He opens his hands, letting the wind
carry the flakes.

ON PHANTOM JACK

As the shredded papers twist and turn in the air, he swipes
at them, grasping some in his hands.

Inspecting a tiny piece, he recognizes something – the
picture of the SEA MONSTER!

                    PHANTOM JACK
          Damned be those little devils!
               (enraged)
          I want those kids!!!

BACK ON THE RASCAL SCOUNDRELS

The fog continues to creep over their heads, subtly
clearing as they continue to sail forward.

                    CLUMSY
          L-l-look look, I think I s-see-see
          something.

Through the fog, ahead of them looks like what may be a COVE.

>                    CATFISH
>          Stop rowing, we're headed directly into DAT
>          CAVE!

>                    JIMMY
>          Nobody IS rowing! The current is pulling us
>          in! Row backwards!

Desperately, the gang rushes to row backwards. No use.

AT THE THRESHOLD OF THE COVE

The kids approach the dark cavernous hole, mysteriously dark and quiet. Their eyes wide open, bewildered at where their adventure is taking them as they enter

THE COVE

The walls and ceiling are sharp and edgy. The further they creep in, the less they see, swallowed by the dark interior. Nothing can be seen or heard.

>                    SNOOZE
>          Maybe this is where the sea monster sleeps.

>                    JIMMY
>          Shhhh. I think I hear something.

In the b.g., the sound of rushing water gets louder, and LOUDER, soon resembling the roaring sound of

>                    JIMMY
>          A waterfall?

The boat's pace suddenly picks up, being drawn forward toward the sound of the waterfall…

Ahead of them is A WATERFALL!

>                    JIMMY
>          Hang on!

Everyone hangs on for dear life.

THE BOAT PLUNGES DOWNWARD!! The kid's screams of terror
echo throughout the cavern as they race downward, riding
the waterfall!

They splash down safely as the boat wades unto a calmer
stream…somewhere deeper.

The gang takes a breather.

                         LITTLES
          What are we going to do! How are we going to
          get out of here?

                         STINK
          Relax, sometimes in order to get out, you
          have to get in…

                         LITTLES
          I may be young, but I'm old enough to know
          that when you talk, you aren't saying shit.

                         STINK
          Yes. But what is the true meaning of talk?

                    RASCAL SCOUNDRELS
          SHUT UP!

The boat continues sailing through the cavern like the
DISNYLAND RIDE, 'PIRATES OF THE CARIBBEAN'.

Suddenly, Littles lets out a shriek of terror!

Off to the side, SKELETONS OF PIRATES IMPALED BY SWORDS,
PINNED TO THE ROCKY WALLS…as if a battle took place years
ago…

                         JIMMY
              Along with a pirate's treasure, comes the
              evil of men's greed…

Unexpectedly, they're pushed out of the cave into an
enormous pitch-black cavern. The only light source comes
from

A SHAFT OF SUNLIGHT

beaming down a perfect ray of light, that illuminates an
ANCIENT STONE MANTLE.

They row closer, docking next to the mantle.

Implanted into the circular headpiece of the mantle are
SHINY EMERALDS.

                          RASCAL SCOUNDRELS
                    The treasure!!

Clumsy runs up to the mantle trying to pluck the jewels
out. One by one the gang joins in, except for

JIMMY

Awestruck, he stands back looking at the beam of light
shining upon the mantle. Something in his mind clicks.

                          JIMMY
                    Wait!

Clumsy pops off a jewel! A deep RUMBLE is heard as the
floor begins to TREMBLE. The ground shifts, sending clouds
of dust into the air. Something snaps! The mantle begins to
rotate, with the resounding sound of grinding rock.

Slowly, the top of the mantle creaks open, as light
reflected from a huge DIAMOND inside illuminates the entire
cavern.

The walls gleam with the SHINE of GOLD AND DIAMONDS…Welcome
to the

                          JIMMY
                    THE LOST CITY IN THE CARIBBEAN COVES!

                          SNOOZE
                    Never in my wildest dreams could I have ever
                    imagined this…

Their excitement is cut short.

The flapping of Leggo's wings come to a halt as he lands on
the mantle squawking , causing the Rascals to turn.

                    JIMMY
          If that bird is here, then so is…

An eerie voice echoes throughout the cavern.

                    PHANTOM JACK (O.S.)
          No fear have ye of evil curses says you…no
          fear of pluderin' pirates lurking in every
          cove, says you…

Like a ghost sailing through the air, Phantom Jack appears
from the darkness, followed by his skull-faced pirates.

                    PHANTOM JACK
          Avast thar!
               (to his men)
          Get rid of them! Bring the jewels to me.

                    DAVEY (O.S.)
          I wouldn't do that if I were you.

From the other side of the shadows comes DAVEY JONES! HE'S
ALIVE!

                    THE RASCAL SCOUNDRELS
          Davey! You're alive.

                    JIMMY
               (admiring)
          I knew he wasn't dead!

                    DAVEY
          If you had the other half of the map, you'd
          know those rubies are a trap. Once removed,
          water will begin to fill through the hole
          you created, drowning us all. We're inside
          the treasure, an ancient city buried under
          the sea centuries ago. You can't take it,
          you can only die with it.

                    PHANTOM JACK
                         (to his men)
                  Heed no warning! Take the jewels!
                         (to Davey)
                  In a way I'm glad you're alive. I won't lie.
                  I did mourn at the thought of you dead.


                         DAVEY
                  Let the kids go!


Jane appears from behind Jack, sword drawn ready to duel.


                         JANE
                  Now that we've all died once, let's see who
                  dies harder!


                    PHANTOM JACK
                  Davey and Jane. Together again, aye?
                  The couple who fights together, DIES
                  together!


Phantom Jack whips out his sword, ruthlessly swinging at
Jane. She evades the attacks, ducking, spinning, blocking
every which way she is able to.


Davey attacks Phantom Jack with a flesh-ripping slice to
his arm!


THE SKULL-FACED PIRATES

push daggers around the edges of the jewels, popping them
from the walls. With each pluck, water bursts through,
shooting a strong steady stream of sea water!


JIMMY

Clenches his fists tightly.


                         JIMMY
                  Remember what we said about not getting
                  respect. Well, now's our chance to earn it.


                         CATFISH
                  Dat's what I'm talkin about. It's time to
                  kick some pirate ass.

*WHAM!* With a swift jabbing punch, Jimmy knocks Pirate #1 off his feet.

Littles, Clumsy, and Snooze start banging Pirate #2's head with their fists, clinging to his back like little apes.

CATFISH attempts to stop the flow of shooting water by picking up one of the red jewels and placing it back in its place.  He struggles against the force of the water but he's knocked back on the floor.

Suddenly, another red jewel pops off! Then another, and ANOTHER!

The force of the water pressure causes a red jewel to dart out toward Pirate #3, smacking him in the center of his forehead and knocking him out.

Holes everywhere spurt out water.

DAVEY

continues his attack on Phantom Jack. The grueling battle becomes more intense as they swing, duck, and miss, crossing the shooting streams of water!

Jane catches a swift punch from Phantom Jack, which sends her splashing onto the flooding floor!

Phantom Jacks head is snapped back by a devastating punch from Davey.

                    DAVEY
          You don't *(punch!)* HIT! *(punch!)* WOMEN!

Phantom Jack stumbles back, dazed from the punching.

THE LOST CITY IS NOW KNEE DEEP in water! The Rascals scramble to get back on the rowboat.

                    STINK
          I can't swim!

                    JIMMY
          Catfish, help him!

PHANTOM JACK

kicks Davey back, sending him flying into the wall,
crashing into the floor.

                    PHANTOM JACK
          You've been defeated...accept your fate,
          Jones!

In pain, Davey turns and sees a SKELETON lying in the same
position as his...WITH A SWORD THRUSTED THROUGH IT.

                    PHANTOM JACK
          Now you can die along side the rest of every
          pirate of the Caribbean who tried to find
          what is now MINE!

Phantom thrusts his sword at Davey, but Davey pops up on
his feet, then takes the sword from the skeleton and blocks
the attack.

                    DAVEY
          No! I'LL FINISH what we begun!

Phantom Jack fiercely thrusts his sword at Davey!

In a dashing move, Davey SPINS and lunges at Phantom Jack,
impaling him through the shoulder and pinning him to the
wall.

                    PHANTOM JACK
          It isn't over, Jones!
               (beat)
          The likes of me you'll see again, Jones! I
          can't die! You hear me!

ON THE ROWBOAT

The Rascals row toward Davey and Jane.

                    JIMMY
          C'mon, Captain! These walls won't hold too
          much longer!

                    JANE
          We can't leave empty handed! At least one
          jewel...please.

                    DAVEY
                (disappointed)
          It's not about the treasure, Jane. Open your
          eyes, look around! Forget the past. Fate
          brought us here for a reason...to show us that
          what we have is far greater than any
          treasure!

Davey glances over at the kids.

                    DAVEY
          Think of the future.

A deep breath. Davey's eyes search Jane's.

                    DAVEY
          You always did say someday you wanted kids.

                    JANE
          Someday...but first things first.

She plucks a diamond from the wall and shoves it in her
cleavage.

They smile at each other and jump toward the rowboat.

The water sprays fiercely as the wall Phantom Jack is
pinned to suddenly begins to FRACTURE.

Desperately, Phantom Jack struggles to release himself. No
help from his pirates who've been defeated...knocked out,
etc.

                    PHANTOM JACK
          I curse this treasure of Davey Jones!

ON THE ROWBOAT

As they leave, Jane notices BUBBLES coming up from the
water.

                              JANE
                    Oh, no…

TENTACLES VICIOUSLY WHIP OUT OF THE WATER!

They lash out at ripping speed, coiling around Phantom
Jack, tossing him around like a rag doll! A huge gaping jaw
followed by the head of the sea monster lunges at Phantom
Jack and swallows him whole. The sea monster R O A R S,
then plunges back under the water with an explosive splash.

                         DAVEY
                    Dead men tell no tales.

The Lost City is now massively flooded. The water level
raises their boat towards the ceiling.

                            JANE
                    How do we get out of here?

                            DAVEY
                    Through that.

Davey points toward the shaft, where the sunlight shines
through.

                              JANE
                    Are you insane!

                            CATFISH
                    See! All dat drinkin' done messed up yo
                    head!

                            DAVEY
                    If you're ever going to trust me, this has
                    to be the time!

A SECTION OF THE CAVERN busts open! A crushing wave of
water ransacks the cavern!

                            DAVEY
                    Hang on!

Another section of the cave collapses! The force of the
raging water jolts the rowboat!

Stink loses his balance and falls overboard!

                         THE RASCAL SCOUNDRELS
          Stink!

                    CATFISH
          Help! Man overboard!

Without a second thought, Davey plunges in after him
frantically swimming toward him. The intense flooding tows
Stink under.

Davey struggles to stay afloat, coughing, spitting out
water.

                    DAVEY
          Stink! STINK!

Stink is nowhere to be seen. Davey searches desperately.

                    CATFISH
          Engelbert!

Suddenly, we see Stink float by holding onto a skull.

                    DAVEY
                 (relieved)
          Stink, I thought I lost ya…

                    CATFISH
                 (to Stink)
          I thought I'd never get to see you again,
          STINK! You had me worried.

Stink smiles.

ONE LAST INTENSE SPURT OF WATER

and the rowboat thrusts upward, shooting straight up
through the shaft! Intense!

They continue rushing through the hole, which reveals
itself to be a twisting tunnel leading outward.

EXT. ROCK ISLAND

The ROWBOAT blasts straight up into the air by the
relentless geyser, from the center of the island.

Losing momentum, on the plunge down, the Rascal's scream
before splashing haphazardly but safely into the ocean.

The island rumbles as it sinks beneath the ocean. The Lost
City has disappeared, entombed under water.

                        DAVEY
             Is everyone alright?

                        JANE
             Jones, I've had enough of your adventures.

But she smiles when she says it and they lock into a
passionate embrace.

                        STINK
             Catfish, did you really mean what you said
             to me down there?

                        CATFISH
             What?

                        STINK
             That you were worried you'd never get to see
             me again?

Catfish takes a moment to think.

                        CATFISH
                  (playfully)
             No, I was just worried there be no one
             around for me to make fun of…ENGLEBERT!

                        STINK
             I was wondering… what's your real name?

                        CATFISH
             What you wanna know for?

                        STINK
             C'mon!

                        CATFISH
                    (reluctantly)
                Cecil Swordfish.

They burst out laughing.

AT THE EDGE OF THE BOAT Davey sits quietly with Jimmy.

                        DAVEY
                You know, I should maroon you on some
                deserted island for all this mess…
                        (beat)
                But instead…I commend you.

Surprised, Jimmy smiles…

                        DAVEY
                You're a great leader…and thank you…thank
                you for bringing me back.

Jimmy embraces Davey with a tight hug.

                        DAVEY
                Just remember, I'm the CAPTAIN.

                        JIMMY
                Deal.

LOUD SPLASHING snaps everyone's attention.

                        JIMMY
                What is that?

Their eyes begin to scan the waters.

                        CLUMSY
                I c-c-can't see see anything.

Cutting through the fog, a PRIVATEER SHIP is revealed. A
flapping WHITE PRIVATEER FLAG looms above.

                    THE RASCAL SCOUNDRELS
                Yeah! Woo-hooo! We're saved!

Waving so wildly, Clumsy almost tips the boat over.

                           CLUMSY
               So-so-sorry. I-I got a little e-ex-excited.


Unnoticed, Phantom Jack's pirate hat sails by as LEGGO
stands atop of it.

                           LEGGO
               Yo ho, yo ho, a PARROTS life for me.


                                        DISSOLVE TO:


EXT. PRIVATEER SHIP--CARRIBEAN PORT

A ceremony at full scale. Swarms of people gather around.

BRITISH TROOPS turn to attention as

THE RASCAL SCOUNDRELS

clad in BRITISH PRIVATEER clothes, march by. Respectable.
Clean. You wouldn't recognize the kids.

AMONGST THE CROWD

Carlos 'El Capitan' gently claps his hands together,
grinning while he exhales.

                           EL CAPITAN
                       (to another onlooker)
               Look at my mihos! They look so cute! You
               know, I made dem those clothes? Aye mi
               amores! Hello? Kids! They grow up so fast,
               don't dey?


Jimmy and the gang smile at El Capitan as he waves a purple
leopard print handkerchief into the air.


At the top of the PRIVATEER SHIP, Davey Jones, in a
Privateer's officer uniform, stands at attention, waiting
for the gang to make their way up.

Jane, also in officer's clothes, smiles at Davey.

                           JANE
               So, how does it feel to have your old job
               back, PRIVATEER CAPTAIN JONES.

                    **DAVEY**
          I don't deserve it.

                    **JANE**
          You did free the Caribbean of the most
          dreaded Pirate that ever sailed, you know.

                    **DAVEY**
                (re kids)
          I owe it all to them.

One by one, the kids step into the ship, stopping to
salute.

                    **STINK**
          Englebert Finbender, Sir!

                    **CATFISH**
          Cecil Swordfish, Sir!

                    **SNOOZE**
          Alfred Lee, Sir!

                    **LITTLES**
          Ezequiel Martinez, Sir!

                    **JIMMY**
          Jim Franklin, Sir!

                    **CLUMSY**
          James Jamerson reporting for duty, Sir!

Clumsy didn't stutter! Amazed, all heads turn toward him.

The crowd explodes into cheer.

                    **STINK**
          What's next, Captain?

                    **LITTLES**
          Another adventure?

                    **DAVEY**
          Don't get your hopes up.

EXHIBIT - 1
104

                         DAVEY
                    (amused, to Jane)
              Kids.

AS THE SHIP SAILS OFF INTO THE HORIZON OF THE CARIBBEAN

We see two silhouettes, as they lean in close, pause, then
engage in a kiss.


                       THE END