# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED II *et al.*, | Case No.: CV 18-8074-CBM-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE WALT DISNEY COMPANY, *et al.*, | |
| Defendants. | |

Consistent with the Order re: Defendants' Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 93), judgment is entered in favor of Defendants The Walt Disney Company; Disney Enterprises, Inc.; Walt Disney Motion Pictures Group, Inc.; Disney Consumer Products, Inc.; Disney Consumer Products and Interactive Media, Inc.; Disney Book Group, LLC; Disney Interactive Studios, Inc.; Disney Store USA, LLC; Walt Disney Attractions Technology LLC; Walt Disney Theatrical Recordings; Walt Disney Parks and Resorts U.S., Inc.; ABC, Inc.; Buena Vista Home Entertainment, Inc.; Buena Vista Media; Buena Vista Productions; Buena Vista Theatres, Inc.; Buena Vista Theatrical Group Ltd.; Buena Vista Video On Demand; Buena Vista Books, Inc.; Buena Vista Catalogue Co. and Buena Vista Non-Theatrical, Inc., and against Plaintiffs Arthur Lee Alfred

II, Ezequiel Martinez, Jr. and Tova Laiter.

DATED: May 14, 2019.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE