1  Elizabeth M. Thomas (Admitted Pro Hac Vice)
   The Kanthaka Group
2  1465 North Union Blvd., Suite 100
   Colorado Springs, CO 80909
3   Tel: 719-633-2222
    emthomas.mfte@gmail.com
4
   Avery Tam, Esq. (SBN 247900)
5  Law Office of James Tam
   428 S. Atlantic Blvd., Suite 305
6  Monterey Park, CA 91754
    Tel: (626) 288-9922
7   avery.tam@gmail.com

8  Attorneys for Plaintiff/Appellants
   Arthur Lee Alfred, II, Ezequiel
9  Martinez, Jr., and Tova Laiter

10

11 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
12

13

14 ARTHUR LEE ALFRED II,              Case Number: 2:18-cv-08074-CBM-ASx
   EZEQUIEL MARTINEZ, JR.,
15 AND TOVA LAITER,                   Hon. Consuelo B. Marshall
                                        United States District Judge
16   Plaintiffs,
                                      **NOTICE OF APPEAL**
17   v.

18 The WALT DISNEY COMPANY,
   *et. al.*,
19
     Defendants.
20

- 1 -

NOTICE OF APPEAL

# NOTICE OF APPEAL

Notice is hereby given that Arthur Lee Alfred, II, Ezequiel Martinez, Jr., and Tova Laiter, (Plaintiffs) in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the *Order Re: Defendants' Motion to Dismiss Plaintiffs' Complaint* (ECF Dkt. No. 93), dated 13 May 2019, and the *Judgement* based thereon, dated 15 May 2019 (ECF Dkt. No. 94), by which the Court dismissed the Complaint of the Plaintiffs, in its entirety, under Federal Rule of Civil Procedure Rule 12(b)(6).

Dated: June 11, 2019.                    Respectfully Submitted,

Elizabeth M. Thomas
The Kanthaka Group

Avery Tam
The Law Office of James Tam

By: */s/* Avery Tam
Attorneys for Plaintiff/Appellants
Arthur Lee Alfred, II, Ezequiel
Martinez, Jr., and Tova Laiter

**PROOF OF SERVICE BY ECF SYSTEM**

I certify that on the date of the filing of the foregoing document, as reflected on the header inserted by the court's ECF/PACER system, a true and correct copy of it is being served upon each attorney of record in the above-captioned matter; and the original upon the Clerk of Court by way of the court's ECF/PACER system.

                                                */s/* Avery Tam
                                                Avery Tam