UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ARTHUR LEE ALFRED II; et al., Plaintiffs-Appellants, v. THE WALT DISNEY COMPANY; et al., Defendants-Appellees. | No. 19-55669 D.C. No. 2:18-cv-08074-CBM-AS Central District of California, Los Angeles ORDER |
|---|---|

Before: Peter L. Shaw, Appellate Commissioner

Appellees' opposed motion (Docket Entry No. 25) for reconsideration of the October 11, 2019 order at Docket Entry No. 21 is denied.

Appellees' unopposed alternate request (included in Docket Entry No. 25) for an extension of time to file the answering brief is granted.

The answering brief is due December 23, 2019.

The optional reply brief is due within 21 days after service of the answering brief.

LBS 12-02-2019/Pro Mo