1  MARK R. YOHALEM (State Bar No. 243596)
   mark.yohalem@mto.com
2  JORDAN D. SEGALL (State Bar No. 281102)
   jordan.segall@mto.com
3  ROBIN GRAY (State Bar No. 316544)
   robin.gray@mto.com
4  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
5  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
6  Facsimile:   (213) 687-3702

7  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11
12  ARTHUR LEE ALFRED, II, an individual; AND EZEQUIEL
13  MARTINEZ, JR., an individual,
14         Plaintiffs,
15             v.
16  WALT DISNEY PICTURES, a California company,
17
18         Defendant,
19

Case No. 2:18-CV-08074-CBM-AS

**DEFENDANT WALT DISNEY PICTURES' RULE 26(A)(2) DISCLOSURE OF EXPERT WITNESS REGARDING SUBSTANTIAL SIMILARITY**

Judge:  Hon. Consuelo Marshall

Compl. Filed:  Nov. 14, 2017
FAC Filed:     Nov. 30, 2020
Trial Date:    TBD

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the stipulation of the parties (Dkt. 121), Defendant Walt Disney Pictures hereby discloses the following expert witness on the issue of substantial similarity who may present evidence at trial.  The following is provided without prejudice to Defendant Walt Disney Pictures' right to supplement this disclosure in later stages of discovery or to designate additional experts, including rebuttal experts, at the appropriate time and consistent with the parties' agreement, the Federal Rules of Civil Procedure, and this Court's Local Rules.

James McDonald, 1818 Colby Ave. #302, Los Angeles, CA 90025.  Mr. McDonald's report is attached as Exhibit A to this disclosure.

DATED:  March 30, 2021                     MUNGER, TOLLES & OLSON LLP

                                           By:     */s/ Jordan D. Segall*
                                                 JORDAN D. SEGALL
                                                 Attorneys for Defendant Walt Disney Pictures