Steven T. Lowe, SBN 122208
Aleksandra Hilvert, SBN 258463
**LOWE & ASSOCIATES**, a Professional Corporation
8383 Wilshire Blvd. Suite 1038
Beverly Hills, California 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

*Attorneys for Plaintiffs Arthur Lee Alfred II and Ezequiel Martinez Jr.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED, II *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY *et al.*,<br><br>Defendants. | Case No. **2:18-cv-08074-CBM-AS**<br>Judge: Hon. Consuelo B. Marshall<br><br>**PLAINTIFFS' *SUPPLEMENTAL* EXPERT DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)** |

## PLAINTIFFS' SUPPLEMENTAL DISCLOSURES

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff Arthur Lee Alfred II and Ezequiel Martinez Jr. ("Plaintiffs") make the following supplemental expert disclosures. These supplemental initial disclosures are based on information reasonably available to Plaintiffs at the present time. Discovery as well as Plaintiffs' ongoing investigation and analysis in this case may yield additional information. Plaintiffs therefore reserve the right to supplement the information disclosed herein consistent with the applicable Federal Rules of Civil Procedure, the Local Rules for the Central District of California, and any applicable Court orders.

Plaintiffs do not waive any evidentiary objections or any applicable privileges, including, but not limited to: (a) the right to object to any discovery requests or to the admissibility of any evidence on the grounds of privilege, work product immunity, relevance, competency, materiality, hearsay, or any other proper ground; (b) the right to object to the use of any such information, for any purpose, in whole or in part, in any proceeding; or (c) the right to object on any and all grounds to any other discovery request or proceeding involving or relating to the subject matter of these disclosures in any proceeding. Subject to and without these reservations, Plaintiffs disclose the following supplemental information:

Professor David Román ("Prof. Román") is Plaintiffs' witness on the issue of substantial similarity who may present evidence at trial. His designation is provided without prejudice to Plaintiffs' right to designate additional experts, including rebuttal experts, at the appropriate time and consistent with the parties' agreement, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Plaintiffs hereby supplement their initial disclosures to provide that Prof. Román also considered the following materials in forming his opinion both in connection with his November 30, 2020 Report and also his May 7, 2021 Rebuttal Report:

1. YouTube links to the Disneyland Pirates of the Caribbean ride from pre-2000;
2. Plaintiffs' sizzle reel created and submitted in conjunction with their Screenplay;
3. Plaintiffs' original art work created and submitted in conjunction with their Screenplay;
4. The 1995 James Robert Parish book entitled "*Pirates and Seafaring Swashbucklers on the Hollywood Screen*";
5. The 1985 movie entitled "*Goonies*";
6. The 1995 movie *Cutthroat Island*;
7. Wikipedia page re: Film Franchise;
8. Wikipedia page re: Disney's first *Pirates of the Caribbean* film; and,
9. Excerpt from the 2006 book by Jason Surrell entitled, *"Pirates of the Caribbean: From the Magic Kingdom to the Movies"*.

Prof. Román's hourly rate is $425 in connection with this matter.

///
///
///
///
///
///
///
///

Dated: May 27, 2021

Respectfully submitted,

LOWE & ASSOCIATES P.C.

*/s/ Aleksandra hilvert*

STEVEN T. LOWE, ESQ.
ALEKSANDRA HILVERT, ESQ.
Attorneys for
PLAINTIFFS ARTHUR LEE ALFRED II,
EZEQUIEL MARTINEZ JR.