UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED, II et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PICTURES,<br><br>Defendant, | Case No. 2:18-CV-08074-CBM-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALT DISNEY PICTURES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 19, 2021<br>Time: 10:00 a.m.<br>Dept: Courtroom 8B<br><br>Judge: Hon. Consuelo Marshall |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant Walt Disney Pictures' Motion for Summary Judgment, the briefs and exhibits submitted in support thereof and in opposition, and argument of counsel presented in this Court regarding the Motion, it is **HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. The Clerk shall enter judgment for Defendant on Plaintiff's sole cause of action for copyright infringement in the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                          Honorable Consuelo Marshall
                                                          United States District Judge