1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED, II et al., | Case No. 2:18-CV-08074-CBM-ASx |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| v. | Judge:   Hon. Consuelo Marshall |
| WALT DISNEY PICTURES, | |
| Defendant, | |

1         Consistent with the Court's Order re Defendant's Motion for Summary

2    Judgment, judgment is entered in favor of Defendant Walt Disney Pictures and

3    against Plaintiffs Arthur Lee Alfred, II and Ezequiel Martinez Jr. ("Plaintiffs").

4    Plaintiffs shall recover nothing from Defendant in this action.

5         Any motion for attorneys' fees shall be made by motion within fourteen days

6    following entry of this judgment.

7

8         **IT IS SO ORDERED.**

9

10   Dated:_____          _____

11                                    Honorable Consuelo Marshall
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
[PROPOSED] JUDGMENT