# Exhibit C

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                          - - -

 4

 5   ARTHUR LEE ALFRED, II,        )
     et al.,                       )
 6                                 )
               Plaintiff,          )   CASE NO.
 7       vs.                       )   2:18-cv-08074-CBM-AS
                                   )
 8   THE WALT DISNEY COMPANY,      )
     et al.,                       )
 9                                 )
               Defendants.         )
10                                 )
     ------------------------------
11

12

13                     DEPOSITION OF

14                     JAMES MCDONALD

15     HELD REMOTELY FROM LOS ANGELES, CALIFORNIA

16                    JUNE 16, 2021

17                 11:04 A.M. PACIFIC TIME

18

19

20

21   Atkinson-Baker, a Veritext Company
     (800) 288-3376
22   www.depo.com

23

24   REPORTED BY:   SUSAN M. GEE, RMR, CRR

25   FILE NO.:      AF04301
```

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | research into the pirate genre and pirate movies and | 12:29:48 |
| 2 | stuff and wrote up a whole bunch of notes about what | 12:29:55 |
| 3 | in the script, what was in the script. | 12:30:03 |
| 4 |     Q.    Do you -- well, let's break that down a | 12:30:14 |
| 5 | little bit.  First of all, do you know who Mr. Nowak | 12:30:16 |
| 6 | is? | 12:30:19 |
| 7 |     A.    Yes. | 12:30:20 |
| 8 |     Q.    Who? | 12:30:20 |
| 9 |     A.    Ed Nowak is the head of the litigation | 12:30:22 |
| 10 | department for Disney.  He's the general counsel for | 12:30:25 |
| 11 | litigation at Disney. | 12:30:31 |
| 12 |     Q.    Got it.  And the notes that you took, | 12:30:32 |
| 13 | do you still have those to this day? | 12:30:35 |
| 14 |     A.    Yes. | 12:30:38 |
| 15 |     Q.    I guess the question is whether or not | 12:30:43 |
| 16 | we have been provided with those and whether we're | 12:30:47 |
| 17 | entitled to them, and I guess that's an issue we can | 12:30:50 |
| 18 | take up after the deposition.  I don't believe we've | 12:30:54 |
| 19 | been provided with them.  I'm pretty sure we asked for | 12:30:59 |
| 20 | them, so I guess we'll talk about this with you, | 12:31:03 |
| 21 | Jordan, afterwards.  Do you remember what research you | 12:31:06 |
| 22 | did on pirate movies back in 2017? | 12:31:11 |
| 23 |     A.    Basically, pirate movies.  That's where | 12:31:18 |
| 24 | I started because -- I'm sorry? | 12:31:21 |
| 25 |     Q.    I'm sorry.  Can you be more specific? | 12:31:25 |

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | A.  Well, over the course of my life, | 12:31:30 |
| 2 | movies are my life.  I've been working on them for a | 12:31:33 |
| 3 | long time.  The ones that I remembered, I started | 12:31:39 |
| 4 | listening, and then I -- there was a -- there's a -- | 12:31:42 |
| 5 | there's an Internet site, pirateking.com, that lists | 12:31:49 |
| 6 | 300 movies.  So I went into there to look for -- you | 12:31:56 |
| 7 | know, I was doing research on those films, looking for | 12:32:02 |
| 8 | common stock elements, what you call scènes à faire. | 12:32:10 |
| 9 | And, yeah, I probably -- specifically what else I did | 12:32:17 |
| 10 | at that time, I don't remember exactly at this point. | 12:32:31 |
| 11 | Q.  Okay.  But you do remember | 12:32:34 |
| 12 | pirateking.com? | 12:32:37 |
| 13 | A.  Sure. | 12:32:39 |
| 14 | Q.  And that was because as of July 24th, | 12:32:39 |
| 15 | 2017, you tried to educate yourself a little bit more | 12:32:43 |
| 16 | on the pirate genre.  Would that be an accurate | 12:32:45 |
| 17 | statement? | 12:32:50 |
| 18 | A.  Well, I'd been looking at the pirate | 12:32:51 |
| 19 | genre for -- by that point, I'd been looking at the | 12:32:53 |
| 20 | pirate genre for some time. | 12:32:58 |
| 21 | Q.  Well, what do you mean by you'd "been | 12:33:01 |
| 22 | looking at the pirate genre for some time"?  Why were | 12:33:02 |
| 23 | you looking at the pirate genre prior to July 23rd, | 12:33:06 |
| 24 | 2017? | 12:33:10 |
| 25 | A.  Because I had been approached on a | 12:33:11 |

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | previous Pirates of the Caribbean case and asked for | 12:33:12 |
| 2 | my opinion and consulting talents. | 12:33:13 |
| 3 | Q. Okay. When were you approached on the | 12:33:18 |
| 4 | previous Pirates of the Caribbean case? | 12:33:21 |
| 5 | A. Somewhere around 2005, '6. | 12:33:33 |
| 6 | Q. And did you -- then that was -- you | 12:33:38 |
| 7 | were approached. When you say you were "approached," | 12:33:38 |
| 8 | you were approached by Disney? | 12:33:40 |
| 9 | A. Yes. | 12:33:41 |
| 10 | Q. Okay. And you consulted with respect | 12:33:42 |
| 11 | to that case? | 12:33:42 |
| 12 | A. Yes. | 12:33:50 |
| 13 | Q. And do you recall issuing any sort of | 12:33:50 |
| 14 | written report? | 12:33:51 |
| 15 | A. Not a formal written report, no. I was | 12:33:54 |
| 16 | just a consultant providing work product. | 12:33:56 |
| 17 | Q. Okay. | 12:34:01 |
| 18 | A. So I'd been researching what event for | 12:34:01 |
| 19 | that one, starting back about then. | 12:34:07 |
| 20 | Q. Okay. So what, what research did you | 12:34:13 |
| 21 | do in 2005, if any, regarding pirate movies? | 12:34:14 |
| 22 | A. What I remember was there, I needed to | 12:34:24 |
| 23 | do a bunch of research into ghosts and skeletons and | 12:34:26 |
| 24 | ghost ships and things like that. As I recall, that | 12:34:32 |
| 25 | was the specific issue in that case or any specific | 12:34:36 |

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | issue.  I don't know whether it was the specific | 12:34:39 |
| 2 | issue.  That wasn't my -- you know, I was asked to | 12:34:42 |
| 3 | do -- I was asked to look for things that involved | 12:34:46 |
| 4 | those elements. | 12:34:50 |
| 5 |       Q.    Okay.  And that was the extent of it? | 12:34:53 |
| 6 |       A.    I don't remember. | 12:34:58 |
| 7 |       Q.    Okay. | 12:34:58 |
| 8 |       A.    Probably not, no.  I would have gone | 12:34:58 |
| 9 | through everything involving, that was involved with | 12:35:01 |
| 10 | that. | 12:35:04 |
| 11 |       Q.    Well, I don't want you to speculate.  I | 12:35:05 |
| 12 | just want you to testify as to what you actually | 12:35:06 |
| 13 | remember. | 12:35:09 |
| 14 |       A.    The extent to which -- I don't remember | 12:35:11 |
| 15 | the extent to which I did research. | 12:35:14 |
| 16 |       Q.    Okay.  So, now, let's fast forward to | 12:35:18 |
| 17 | July of 2017.  So besides going on the pirateking.com | 12:35:22 |
| 18 | website -- well, first of all, let's talk about the | 12:35:28 |
| 19 | pirateking.com website.  What's on there? | 12:35:31 |
| 20 |       A.    A lengthy -- 300 movies are listed with | 12:35:35 |
| 21 | short synopses on them, and that's what I remember. | 12:35:40 |
| 22 |       Q.    Okay.  And based upon -- | 12:35:48 |
| 23 |       A.    They're all pirate movies. | 12:35:54 |
| 24 |       Q.    Understood.  And based upon that, did | 12:35:56 |
| 25 | you kind of make a list of what you considered to be | 12:35:57 |

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | quote/unquote "scènes à faire"? | 12:36:02 |
| 2 | MR. SEGALL: Objection. Vague and | 12:36:06 |
| 3 | ambiguous. Calls for speculation. Misstates | 12:36:07 |
| 4 | the witness' testimony. | 12:36:11 |
| 5 | A. One of the sources that I pulled, that | 12:36:15 |
| 6 | I explored to pull out some scènes à faire, a bunch | 12:36:17 |
| 7 | of -- most of the movies that I listed in my report | 12:36:21 |
| 8 | were movies I saw. | 12:36:25 |
| 9 | BY MR. LOWE: | 12:36:27 |
| 10 | Q. Okay. | 12:36:27 |
| 11 | A. So many -- | 12:36:27 |
| 12 | Q. Which movies -- | 12:36:30 |
| 13 | A. -- of them I'd seen in the past, and I | 12:36:30 |
| 14 | saw a bunch of them again. The -- yeah. | 12:36:32 |
| 15 | Q. So which movies, which movies did you | 12:36:42 |
| 16 | watch in 2017? | 12:36:43 |
| 17 | A. Oh, boy. Well, I imagine -- no. I'm | 12:36:49 |
| 18 | sorry. Imagine is the wrong word. I'm sure that I | 12:36:51 |
| 19 | watched Cutthroat Island and Goonies. I probably | 12:36:58 |
| 20 | watched Crimson Pirate again, because that's one of my | 12:37:02 |
| 21 | favorites. | 12:37:05 |
| 22 | Q. Wait, wait, wait, wait. Cutthroat | 12:37:07 |
| 23 | Island, Goonies. I'm sorry. What was the third? | 12:37:08 |
| 24 | A. The Crimson Pirate, Burt Lancaster, | 12:37:12 |
| 25 | 1954, '2, '3, '4, '5, somewhere in there. | 12:37:15 |

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1                    C E R T I F I C A T E
 2    State of Ohio       :
                          :      SS
 3    County of Hamilton  :
 4              I, Susan M. Gee, RMR, CRR, the undersigned,
 5    a duly commissioned notary public within and for the
 6    State of Ohio, do hereby certify that before the
 7    giving of his aforesaid deposition, JAMES MCDONALD was
 8    by me first duly sworn to depose the truth, the whole
 9    truth and nothing but the truth; that the foregoing is
10    the deposition given at said time and place by JAMES
11    MCDONALD; that said deposition was taken in all
12    respects pursuant to stipulations of counsel; that I
13    am neither a relative of nor employee of any of their
14    parties or their counsel, and have no interest
15    whatever in the result of the action; that signature
16    was requested; that I am not, nor is the court
17    reporting firm with which I am affiliated, under a
18    contract as defined in Civil Rule 28(D).
19              IN WITNESS WHEREOF, I have hereunto set my
20    hand and official seal of office at Cincinnati, Ohio,
21    on this 13th day of July, 2021.
22
23                              _____
      My commission expires:    S/ Susan M. Gee, RMR, CRR
24    September 20, 2025.       Notary Public - State of Ohio
                                Commission No.:  2015-RE-532638
25
```