1
2
3
4
5

**ROBINS KAPLAN LLP**
Patrick M. Arenz
(MN Bar No. 0386537) (Pro hac vice)
parenz@robinskaplan.com
800 LaSalle Avenue
Suite 2800
Minneapolis, Minnesota  55402
Telephone:  612 349 8500
Facsimile:    612 339 4181

6
7
8
9
10

**LOWE & ASSOCIATES, PC**
Steven T. Lowe (SBN 122208)
steven@lowelaw.com
Aleksandra Hilvert (SBN 258463)
aleksandra@lowelaw.com
8383 Wilshire Blvd, Suite 1038
Beverly Hills, California 90211

*Attorneys for Plaintiffs*
*Arthur Lee Alfred, II, et al.*

11
12
13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

| | |
|---|---|
| ARTHUR LEE ALFRED, II et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE WALT DISNEY COMPANY et al., <br><br> Defendants. | Case No. 2:18-cv-08074-CBM-AS <br><br> **DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT THE WALT DISNEY COMPANY'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:     October 19, 2021 <br> Time:    10:00 a.m. <br> Dept:    Courtroom 8B <br> Judge:   Hon. Consuelo Marshall |

22
23
24
25
26
27
28

---

DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' *OPPOSITION* TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF TOVA LAITER

I, Tova Laiter, declare:

1.      I was the Producer of the entertainment industry project created by writers Arthur Lee Alfred II ("Alfred") and Ezequiel Martinez, Jr. ("Martinez"), originally entitled "Pirates of the Spanish Main", retitled "Pirates of the Caribbean" (the "Project"). The facts stated herein are personally known to me and I could and would testify competently thereto if called upon as a witness under oath.

2.      By August 2000, I had been working in the entertainment industry for about 28 years. A true and correct copy of my resume is attached hereto as **Exhibit E**, which accurately sets forth an overview of my background and experience in the entertainment industry as a film and TV producer. For example, I have served as Vice President of Warner Brothers (Head of Story Department); as Senior Vice-President of Imagine Entertainment, and President of Production at Cinergi Pictures, among other executive positions in the entertainment industry. The list of films that I produced or supervised production of, includes GLORY, FAR AND AWAY, JUDGE DREDD, EVITA, THE SCARLET LETTER, VARSITY BLUES, KINDERGARTEN COP, NIXON and DIE HARD III. One of my early jobs in the entertainment industry was as a production assistant on the set of the GODFATHER 2. Throughout my career, I have worked with some of the top directors and actors in the industry, like Ron Howard, Oliver Stone, Ben Stiller, Henry Winkler, Denzel Washington, Demi Moore, Steve Martin, Anthony Hopkins, and Dan Aykroyd. I have also been conducting a successful screening and Q&A series for the past 11 years for the New York Film Academy. I have brought on many notable guests, such as Steven Spielberg and Ted Sarandos, as well as famous actors including Al Pacino, Jonah Hill, Bryan Cranston, Cedric the Entertainer, Alec Baldwin and Josh Brolin.

3.      In or around 1999, I began working with Alfred and Martinez as their "producer," which meant (in this context) that I would submit their "projects"

-1-

(usually a screenplay and a "trailer" or "sizzle reel") to my contacts in the entertainment industry. These contacts included all the major studios, like Disney, Paramount, Warner Bros, and Universal.  If one of the studios wanted to produce one of the projects, then I would come onboard as a Producer. As an industry veteran with an eye for talent, I was immediately impressed with Alfred and Martinez's creativity, work ethic, and potential.

a) The first project written by Alfred and Martinez that I submitted to Disney in 1999 was called RED HOOD. RED HOOD was a new spin on the old fairy tale, Little Red Riding Hood. I was impressed with its innovation and creativity and knew I could sell it.  I pitched it to my contacts in the entertainment industry at the studios.  At that time my main contact at Disney was Todd Garner. After I submitted it to him on April 16, 1999, Garner told me he thought it was perfect for the Disney/Buena Vista label, who then wanted to "option" it. Alfred and Martinez started working with the Disney/Buena Vista team of Brigham Taylor, Josh Harmon and Michael Haynes on this project with meetings on the Disney lot in Burbank, California in approximately October 1999.

b. It was apparent to me that Disney really liked Alfred and Martinez's work. Disney later copied me on a letter from the three members of the creative team at Disney: Brigham Taylor, Michael Haynes, and Josh Harmon. Disney addressed that letter to ICM (an elite talent agency) and wrote: **"We see Red Hood as a period adventure with a contemporary spin that blends the tones of EVER AFTER and SLEEPY HOLLOW with the mythic storytelling of THE LORD OF THE RINGS…This project has huge potential as a fun, thrilling movie in the spirit of our beloved animated Disney fairytale adaptations combined with the suspense and creativity of a live action Disney movie."** Attached hereto as **Exhibit F** is

DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' *OPPOSITION* TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1     a true and correct copy thereof (emphasis added).

2         4.     In or around July 2000, I called and spoke to Brigham Taylor who was a

3     lead creative executive at Disney/Buena Vista and told him that Alfred and Martinez

4     wrote a script entitled "Pirates of the Caribbean." (the "Screenplay"). In response,

5     Taylor was very interested and requested that I (officially) submit a copy of the

6     Screenplay to him right away. Taylor mentioned that his team (he, Haynes and

7     Harmon) had been discussing internally the possibility of doing a film entitled

8     "Pirates of the Caribbean", but he did not mention that Disney had a "treatment" (or a

9     screenplay) at that point.  If he had, I would not have submitted the Screenplay to

10    Disney (at least without first consulting with my entertainment lawyer).  I was

11    unaware that Taylor (or Disney) had any abstract thoughts about a pirate movie

12    before this conversation.  Based on the circumstances, Taylor's specific request to

13    review the Screenplay meant that the Screenplay was "solicited", as that term is

14    generally understood in the entertainment industry.

15        5.     As of August 7, 2000, two versions of the Screenplay (i.e., the original

16    version entitled "Pirates of the Spanish Main" and the version submitted to Disney

17    entitled "Pirates of the Caribbean") had been prepared. The "Pirates of the

18    Caribbean" Screenplay is attached as **Exhibit B** to Martinez's declaration.

19        6.     On or about August 9, 2000, I had the Screenplay hand-delivered to

20    Taylor at Disney, with a cover letter. A true and correct copy of that cover letter is

21    attached hereto as **Exhibit G**. The cover letter bears some explaining:

22        a)     In the second paragraph of the letter, I state that "It's a swashbuckling

23               fun adventure, 'Goonies' meets 'Pirates of the Caribbean.'" This did not

24               and does not mean that the Screenplay is actually a combination of that

25               movie and the Ride. This description was merely a common shorthand

26               practice in the entertainment industry to suggest the general feel of a

27               new work by relating it to something that the person has probably

28

-3-

DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' *OPPOSITION* TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

already seen.  In fact, Taylor, Harmon and Haynes submission letter to ICM agency uses similar references regarding the RED HOOD script. *See* **Exhibit F**.  Similarly, while there are references to the ride in the Screenplay, they were added by the writers to make it more appealing to Disney).

b)   In the third paragraph, I state that "It is also further along than your development project, so yours can be the sequel!" What I was referring to in that sentence was the fact that Taylor had told me during our telephone conversation in July 2000 that he and his team were internally discussing the concept of a movie entitled, "Pirates of the Caribbean". However, to be clear, it was not my understanding that the "development" of the project was anything more than what that Taylor mentioned to me: namely, an abstract concept to consider doing a movie named after the ride.  If he had even a treatment (or a screenplay), the general custom and practice in the entertainment industry was *not* to request another screenplay on the same general subject, to avoid potential claims. In this case, however, Taylor appeared to be eager to read the Screenplay.

c)   In the P.S., I stated "Please let me know as soon as possible as I have a draft that does not have the Disney song or the Ride references that I plan to take to other studios". What I meant by that statement was that the Screenplay- full of engaging, great characters, humor, adventure, action and supernatural elements- could stand on its own. While we hoped Disney would want to do business with us on the Project and Disney was our first choice (and by all indications, a perfect fit), we were more than prepared to go elsewhere if Disney turned out not to be interested. The Screenplay was not dependent upon the ride.

DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' *OPPOSITION* TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

7.      In fact, on October 30, 2000, I sent a letter to agent Stuart Fry of Endeavor wherein I enclosed the Screenplay entitled "Pirates of the Spanish Main" and explained that I "envisioned" taking it to Nickelodeon, who at the time, made commercially successful, family movies. A true and correct copy of that letter is attached hereto as **Exhibit H**.

8.      In or about the fall of 2000, I spoke with Taylor by telephone.  During that call, Taylor told me that he and his team (i.e. Harmon and Haynes) are interested in the Screenplay after reading it and Taylor told us some good news - that he submitted it to his superior, the high-ranking Disney executive Nina Jacobson ("Jacobson").  It is customary in the entertainment industry that when a creative executive gives a script to their superior to read, that means they have given it a "thumbs up" recommendation.  Our hopes were high after hearing that.  While it was customary at the time to receive a positive or negative response to a submission within two weeks of the submission date, we, (myself, Alfred and Martinez) all waited for an unusually long period of time to receive an answer.  Eventually, however, Taylor called and told me that Jacobson had passed on the project because the Screenplay had children in it.  I offered to modify the Screenplay by taking out the children, or to transform them into adults, but Taylor declined.

9.      Thereafter, I do not recall the Screenplay being returned to me, even though it is industry custom and practice to return a "rejected" screenplay to the person who submitted it immediately after the company or studio passes.  In fact, I was later notified by Martinez that he received an envelope with his Screenplay in it from Taylor directly in November of 2002.

DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' *OPPOSITION* TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1    I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed the 27 of September 2021, in Los Angeles, California.

_____

Tova Laiter

DECLARATION OF TOVA LAITER IN SUPPORT OF PLAINTIFFS' *OPPOSITION* TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT E

# TOVA LAITER
## AVIDA ENTERTAINMENT – PRODUCER

Movies (produced or in development) include:

| | |
|---|---|
| INDUSTRY A-LIST GUEST Q&A SERIES | NYFA (see attach page & Link) |
| DON'T TELL MOM THE BABY SITTER IS DEAD (reboot) | Tree House production- casting now |
| VARSITY BLUES TV series | Paramount Studios- in negotiations |
| THE MIRROR – HBO. – development | Exec Producer: Ben Stiller |
| STEPWIVES -  Bravo – pilot | Exc.  Producer- Pilgrim Ent. |
| ELVIS HAS LEFT THE BUILDING – Lion's Gate | Stars: Kim Basinger & John Corbett |
| VARSITY BLUES – Paramount/ MTV Films | Stars: John Voight / Paul Walker,James V.B |
| RUN FOR YOUR LIFE – Universal- development | Stars: john Travolta |
| COMPULSION-  Dimension Films | Stars:  Heather Graham,Carrie-Ann Moss |

## CINERGI PRODUCTIONS – PRESIDENT OF PRODUCTION
### 1993-1996

Movies include:

| | |
|---|---|
| EVITA with Madonna & Antonio Banderas | Director: Alan Parker |
| NIXON with Anthony Hopkins | Director: Oliver Stone |
| DIE HARD III with Bruce Willis & Sam Jackson | Director: John McTiernan |
| JUDGE DREDD with Sylvester Stallone | Director: Danny Cannon |
| SCARLETT LETTER with Demi Moore & Gary Oldman | Director: Roland Joffe |

## IMAGINE ENTERTAINMENT – SENIOR VICE PRESIDENT OF PRODUCTION
### 1990-1993

Movies include:

| | |
|---|---|
| FAR AND AWAY with Tom Cruise & Nicole Kidman | Director: Ron Howard |
| KINDERGARTEN COP with Arnold Schwarzenegger | Director: Ivan Reitman |
| FRIDAY NIGHT LIGHTS- with Billy Bob Thornton | Director: Peter Berg |
| LORENZO'S OIL with Susan Sarandon & Nick Nolte | Director: George Miller |
| HOUSESITTER with Goldie Hawn & Steve Martin | Director: Frank Oz |
| MY GIRL with Macaulay Culkin & Anna Chlumsky | Director: Howard Zieff |
| CB-4 with Chris Rock | Director: Tamra Davis |
| COP AND A HALF with Burt Reynolds | Director: Henry Winkler |

## FREDDIE FIELDS PRODUCTION – PRESIDENT
### 1988-1990

Movies include:

| | |
|---|---|
| GLORY with Denzel Washington (Oscar, Golden Globe) | Director: Ed Zwick |

## INDEPENDENT PRODUCER
### 1983-1988

Movies include:

| | |
|---|---|
| MURDER IN MISSISSIPPI, with Tom Hulce, Jennifer Grey, NBC | EMMY& DGA winner |
| LENA, MY HUNDRED CHILDREN, with Linda Lavin, NBC | TV GUIDE- Ten Best list |
| ONE MORE SATURDAY NIGHT with Al Franken, COLUMBIA | Exec. Producr Dan Aykroyd |
| FIRE WITH FIRE, Paramount Studios | Actress: Virginia Madsen |

Prior employment: VP at WARNER BROS studio, in charge of  Story Department of 37 employees; Five years as WEST COAST EDITOR for publisher DELL, DIAL/ DElACORTE and first jobs- GODFATHER 2 and ALL THE PRESIDNET'S MEN at Paramount.

## EDUCATION

### B.A. - ART HISTORY & PHILOSOPHY- HEBREW UNIVERSITY, JERUSALEM

-8-
EXHIBIT E

## Industry Guests A-List Q&A series
## From Tova Laiter, Curator & Moderator

I have been both an Executive and Producer in the Entertainment industry for many years:
Vice President at WB, Senior Vice-President of Imagine Entertainment; President of Production at
Cinergi Pictures and Producer of main studio films and A-List stars..

For the past 11 years I have been conducting a very successful screening and Q&A series for The New
York Film Academy at WB studios, NYFA/LA theater and at NYC headquarters at Battery Park.

I have brought **Steven Spielberg, Ron Howard, Bob Towne, Billy Friedkin,** etc for my 70's Classic
Series... and for my Industry screening series:  executives such as: **Ted Sarandos, Kevin Feige, Alan
Horn, Jim Gianopulos, Sherry Lansing** and Talent such as **Nancy Meyer, Darren Star, Jay Roach,
Dan Gilroy, Michael Shamberg, Grant Heslov, Stephanie Allain, Joel Silver and Janusz Kaminski**
among many others.

Actors included: **Alec Baldwin, Al Pacino, Bryan Cranston, Cedric the entertainer, Seth Rogen,
Jonah Hill, Ben Stiller, J.K. Simmons, Beanie Feldstein, Kathleen Turner, Bill Hader, Adam
Driver, Elizabeth Olsen Edward James Olmos, Josh Brolin, Beanie Feldstein, Richard Dreyfuss,**
etc.

Among the Oscar/Emmy movies we screened during the years:  **WANDA VISION, US vs. BILLIE
HOLIDAY, MINARI, PARASITE, THE SHAPE OF WATER, FREE SOLO, 12 YEARS A
SLAVE, LA LA LAND, THE BIG SHORT, BIRDMAN, WHIPLASH, HACKSAW RIDGE,
SULLY, COCO, THE BREADWINNER, MOANA, CAROL, ROOM, WIDOWS,
NIGHTCRAWLER, THE HUMBLING, MONUMENT MEN, SAVING MR. BANKS, FLIGHT,
HITCHCOCK** and many more.

We have an e-blast of 100,000 for students and alumni, a widely read blog, an association with Final Cut
and great social media following. We have schools in NYC, LA, Miami South Beach, Florence and
Sydney.

Please look at the short video link below to see some of the esteemed Q&A guests:
https://vimeo.com/246314209
password: TOVA

If you are unable to open it. If not, please look at: https://www.nyfa.edu/tova/

Tova Laiter

Avida Entertainment/ NYFA Q&A series
0- 323 876 2932
C-323 646 6093
www.tovalaiter.com
https://www.nyfa.edu/tova/
NYFA's Sample Q&A Guest Series:
www.vimeo.com/246314209 /Password: TOVA

# EXHIBIT F

Buena Vista Motion Pictures Group

February 5, 2002

Phillippa Boyens
c/o Ben Smith
ICM
8942 Wilshire Blvd.
Beverly Hills, CA 90211

RE: RED HOOD

Dear Phillippa.

Per our conversation with Ben Smith, enclosed please find a mock movie trailer that
suggests what we envision for RED HOOD, a project inspired by "Little Red Riding
Hood"

We see RED HOOD as a period adventure with a contemporary spin that blends the
tones of EVER AFTER and SLEEPY HOLLOW with the mythic storytelling of THE
LORD OF THE RINGS.

Our title character, Red, would be an action heroine that battles the villainous Wolf (a
werewolf?), while untangling a romantic triangle that fuels the story. We think it could be
interesting to use a version of the fairy tale as a prologue and as a jumping off point for
our story.

This project has huge potential as a fun, thrilling movie in the spirit of our beloved
animated Disney fairytale adaptations combined with the suspense and creativity of a live-
action Disney movie.

We look forward to your thoughts.

Sincerely,

Brigham Taylor                  Michael Haynes                  Josh Harmon

cc: Tova Laiter

500 South Buena Vista Street / Burbank, California 91521 / 818.560.1000 · Fax 818.560.0201

a division of Walt Disney Studios · Pictures

TOTAL P.01

# EXHIBIT G

08-09-00


Brigham Taylor
Disney Pictures
500 S. Buena Vista St
Team Disney 208 A.
Burbank, Ca 91521


Re: <u>PIRATES OF THE CARIBBEAN by A. Lee Alfred II & Ezequiel Martinez Jr.</u>

Dear Brigham,

Per our conversation, here is a brand new spec screenplay from our writers of 'Red
Hood'.

It's a swashbuckling fun adventure, "Goonies" meets "Pirates of the Caribbean".
Since the concept works, all it needs is a polish from a pro and then can be put together
very quickly.

I feel that our script is more in line with the image and expectations families associate
with the Disney ride. It is also further along than your development project, so yours can
be the sequel!

Best wishes,


Tova Laiter

P.S. Please let me know as soon as possible as I have a draft that does not have the
Disney song or the Ride references that I plan to take to other studios.

EXHIBIT G

# EXHIBIT H

October 30,2000


Stuart Fry
Endeavor
9701 Wilshire Blvd
B.H. Calif. 90212

Dear Stuart,

Enclosed is the script entitled PIRATES OF THE SPANISH MAIN by Lee Alfred and Ezekiel Martinez(RED HOOD at Disney) for Chris Koch consideration.

I envision taking it to Nickelodeon (it needs a rewrite which we can do either before we take it there or after).

Best wishes,

Tova Laiter

EXHIBIT H