**LOWE & ASSOCIATES, PC**
Steven T. Lowe (SBN 122208)
steven@lowelaw.com
Aleksandra Hilvert (SBN 258463)
aleksandra@lowelaw.com
8383 Wilshire Blvd., Suite 1038
Beverly Hills, California 90211

**ROBINS KAPLAN LLP**
Patrick M. Arenz
(MN Bar No. 0386537) (pro hac vice)
PArenz@RobinsKaplan.com
Brandon J. Pakkebier
(MN Bar No. 0400691) (pro hac vice)
BPakkebier@RobinsKaplan.com
800 LaSalle Avenue
Suite 2800
Minneapolis, Minnesota 55402
Telephone: 612 349 8500
Facsimile: 612 339 4181

*Attorneys for Plaintiffs*
*Alfred Lee Alfred, II, et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED, II, et al., | Case No. 2:18-CV-08074-CBM-ASx |
| Plaintiffs, | **DECLARATION OF BRANDON J. PAKKEBIER** |
| v. | |
| WALT DISNEY PICTURES,, | Judge: Hon. Alka Sagar |
| Defendant. | *[referred by Hon. Consuelo B. Marshall for discovery]* |
| | Hearing Date: April 19, 2022 |
| | Time: 10:00 AM |
| | Location: Courtroom 540 |

## **DECLARATION OF BRANDON J. PAKKEBIER**

I, Brandon J. Pakkebier, declare:

1. I am one of the attorneys representing Plaintiffs Arthur Lee Alfred II and Ezequiel Martinez, Jr. in this action. I have been admitted to practice before this Court *pro hac vice* for this matter. I am also admitted to practice before all courts in the State of Delaware and the State of Minnesota, as well as before the United States District Court for the District of Delaware and for the District of Minnesota. The facts stated herein are personally known to me and I could and would testify competently thereto if called upon as a witness under oath.

2. Attached as **Exhibit 1** is a true and correct copy of correspondence from Plaintiffs to Defendant Walt Disney Pictures ("Disney") sent on February 25, 2022, requesting a meet and confer pursuant to Local Rule 37-1.

3. Attached as **Exhibit 2** is a true and correct copy of correspondence Disney sent to Plaintiffs in reply on February 28, 2022.

4. Attached as **Exhibit 3** is a true and correct copy of the scheduling order governing this action, as required by Local Rule 37-2.1

5. Exhibit 4 is intentionally omitted.

6. Attached as **Exhibit 5** is a true and correct copy of a screenshot of the dictionary definition of "sequel" in the online *Oxford Learner's Dictionary*.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpted transcript of the oral argument before the Hon. Consuelo B. Marshall on October 19, 2021 pertaining to Disney's summary judgment motion.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 15th of March 2022 in Minneapolis, Minnesota.

*/s/ Brandon J. Pakkebier*
Brandon J. Pakkebier