**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ARTHUR LEE ALFRED, II, et al.,

　　　　　Plaintiff,

　　v.

WALT DISNEY PICTURES,

　　　　　Defendant.

Case No. 2:18-CV-08074-CBM-ASx

**NOTICE OF LODGING OF JULIANA M. YEE DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND EXHIBITS THERETO**

Judge:　　Hon. Alka Sagar
Date:　　　April 19, 2022
Time:　　　10:00 a.m.
Place:　　　Courtroom 540

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the attached Declaration of Juliana M. Yee in Opposition to Plaintiffs' Motion to Compel to Discovery and exhibits thereto.

Dated: March 24, 2022                              Respectfully submitted,


                                                  By:  */s/ Patrick M. Arenz*
                                                  **ROBINS KAPLAN LLP**
                                                  Patrick M. Arenz (pro hac vice)
                                                  Brandon J. Pakkebier (pro hac vice)

                                                  **LOWE & ASSOCIATES, PC**
                                                  Steven T. Lowe, Esq.
                                                  Aleksandra Hilvert, Esq.
                                                  *Attorneys for Plaintiffs*
                                                  *Arthur Lee Alfred, II, et al.*