UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 18-08074-CBM (ASx) | Date | August 31, 2022 |
|---|---|---|---|
| Title | *Arthur Alfred and Ezequiel Martinez v. Walt Disney Pictures* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 08/31/22 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Patrick Arenz | Kelly Klaus |
| | Jordan Segall |

**Proceedings (In Chambers):**      **Settlement Conference**

A settlement conference was conducted on August 31, 2022. The following parties and party representatives participated: Plaintiffs Arthur Alfred and Ezequiel Martinez[1] were present with counsel, Patrick Arenz. Third Party Toya Laiter was present on behalf of Plaintiffs. Defendant was represented by Karen Frederiksen, Associate General Counsel for Defendant, and counsel, Kelly Klaus and Jordan Segall.

The settlement conference was conducted off the record.

A settlement has been reached, and the essential terms of the settlement – agreed to by the parties and counsel - were recited on the record and agreed to by all parties and counsel.

The parties will be filing a stipulation for dismissal.

The Court will make itself available to resolve any issues relating to the finalization of the settlement agreement. The parties shall notify the Court by contacting Judge Sagar's Courtroom Deputy to schedule a telephonic conference if necessary.

---

[1] Mr. Martinez appeared by video teleconference during the Court's caucus with the parties and the finalization of the settlement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV 18-08074-CBM (ASx) | Date | August 31, 2022 |
|---|---|---|---|
| Title | *Arthur Alfred and Ezequiel Martinez v. Walt Disney Pictures* | | |

The parties are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

**IT IS SO ORDERED**.

cc: Consuelo B, Marshall
United States District Judge

Initials of Preparer    AF    6 : 05