**LOWE & ASSOCIATES, PC**
Steven T. Lowe (SBN 122208)
steven@lowelaw.com
Aleksandra Hilvert (SBN 258463)
aleksandra@lowelaw.com
8383 Wilshire Blvd, Suite 1038
Beverly Hills, California 90211

**ROBINS KAPLAN LLP**
Patrick M. Arenz (pro hac vice)
parenz@robinskaplan.com
Brandon J. Pakkebier (pro hac vice)
bpakkebier@robinskaplan.com
Emily E. Niles
eniles@robinskaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

*Attorneys for Plaintiffs*
*Arthur Lee Alfred, II, et al.*

KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
ROSE L. EHLER (SBN 296523)
rose.ehler@mto.com
JULIANA M. YEE (SBN 304564)
juliana.yee@mto.com
MICA MOORE (SBN 321473)
mica.moore@mto.com

**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant Walt Disney Pictures*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED, II et al., | Case No. 2:18-cv-08074-CBM-ASx |
| Plaintiffs, | **STIPULATION FOR DISMISSAL** |
| vs. | Lodged Concurrently: [Proposed] Order |
| WALT DISNEY PICTURES, | Judge:  Hon. Consuelo B. Marshall |
| Defendant. | |

Plaintiffs Arthur Lee Alfred, II and Ezequiel Martinez, Jr. and Defendant Walt Disney Pictures have resolved this dispute (Dkt. No. 263). The parties submit this stipulation for dismissal with prejudice as a result. Each party shall bear its own attorneys' fees and costs incurred in this action.

DATED: September 27, 2022        ROBINS KAPLAN LLP

By: _*/s/ Patrick M. Arenz*_
PATRICK M. ARENZ
Attorneys for Plaintiffs

DATED: September 27, 2022        MUNGER, TOLLES & OLSON LLP

By: _*/s/ Jordan D. Segall*_
JORDAN D. SEGALL
Attorneys for Defendant

In accordance with Civil Local rule 5-4.3.4(a)(2)(i), the filer attests that each of the above signatories has concurred in the filing of this document.

DATED: September 27, 2022

By: _*/s/ Patrick M. Arenz*_
PATRICK M. ARENZ