UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE ALFRED, II et al., | Case No. 2:18-cv-08074-CBM-ASx |
| Plaintiffs, | **[PROPOSED] ORDER FOR DISMISSAL** |
| vs. | |
| WALT DISNEY PICTURES, | Judge: Hon. Consuelo B. Marshall |
| Defendant. | |

1  Having considered the Parties' Stipulation for Dismissal, this Court grants the
2  Stipulation and orders that this action is dismissed with prejudice and each party shall
3  bear its own costs and fees.
4
5  **IT IS SO ORDERED** this ___ day of _____, 2022.
6
7
8
   Hon. Consuelo B. Marshall
9  United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
[PROPOSED] ORDER FOR DISMISSAL