1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARTHUR LEE ALFRED, II et al., | Case No. 2:18-cv-08074-CBM-ASx |
|---|---|
| Plaintiffs, | **ORDER FOR DISMISSAL  [JS-6]** |
| vs. | |
| WALT DISNEY PICTURES, | Judge: Hon. Consuelo B. Marshall |
| Defendant. | |

ORDER FOR DISMISSAL

Having considered the Parties' Stipulation for Dismissal, this Court grants the Stipulation and orders that this action is dismissed with prejudice and each party shall bear its own costs and fees.

**IT IS SO ORDERED** this 27th day of September, 2022.

_____
Hon. Consuelo B. Marshall
United States District Judge